1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT A

1

## Exhibit A: Attorney General Service/Notification

2

6/5/22, 11:20 PM                              Electronic Service of Original Summons & Complaint | Washington State

3                                             ADA Accessibility (/ago-accessibility-policy)        Other Languages (/languages)



4      **Washington State** (/)
       *Office of the Attorney General*
       Attorney General Bob Ferguson
       (/)

5      Home (/) | **Electronic Service of Original Summons & Complaint**

6      # Electronic Service of Original Summons & Complaint

7                                                                                              (https://www.atg.wa.gov

8      Consistent with the July 24, 2020 extension of the Governor's "Safe Start Phased Reopening" plan, the Washington Attorney General's
       Office will authorize and acknowledge original service of process of a Summons and Complaint by e-mail only at the following address:
       serviceATG@atg.wa.gov (mailto:serviceATG@atg.wa.gov).  This authorization applies only to suits against the State of Washington, its state

9      agencies and state officials in their official capacities.  The AGO does not otherwise agree to waive original service of process for
       individually named defendants and the AGO does not hereby waive service on its client agencies when service is required by statute.
       Documents received after 5:00 p.m. on any business day will be deemed received the following business day.

10     **DO NOT USE THIS EMAIL ADDRESS FOR DELIVERY OF ANY OTHER FILING RELATED TO ONGOING LITIGATION OR FOR GENERAL
       CORRESPONDENCE WITH THE AGO.**  For delivery of any other filing *(except the original Summons and Complaint)* related to ongoing

11     litigation, contact the assigned AAG.  For consumer complaints, constituent contacts or requests for public records, consult the AGO
       website at www.atg.wa.gov (http://www.atg.wa.gov/). This waiver is effective until further notice.

12     This notice may be amended or updated as circumstances require.

13

14     ..

15

16

17

18

19

20

21

22

23

24

1
2

## Notice of Lawsuit: Constitutional Challenge

3

From: Ashley M. Gjovik (Legal Matters) <legal@ashleygjovik.com>

To   serviceATG@atg.wa.gov

Date: Wednesday, June 8th, 2022 at 11:07 AM

4

5

Hello,

I hope you are well. I am a resident of the state of California subject to a restraining order by your state government. I am pro se.

6

7

As requested on your website (https://www.atg.wa.gov/electronic-service-original-summons-complaint), please consider this email service of my lawsuit against the state of Washington.

I will be submitting all of the attached documents to the US District Court for Western Washington shortly. (Attached: complaint, summons, cover sheet).

8

9

Please also consider this your FRCP Rule 5.1.Notice. The attached complaint outlines my 11x Constitutional challenges/questions against numerous Washington statutes and provisions, across both substantive and procedural laws, and existing and scheduled to be enacted laws.

10

**5.1 Notice: "Constitutional Challenge to a Statute."**
*(a) Notice by a Party. A party that files a pleading, written motion, or other paper drawing into question the constitutionality of a federal or state statute must promptly:*

11

*(1) file a notice of constitutional question stating the question and identifying the paper that raises it, if:*
*(B) a state statute is questioned and the parties do not include the state, one of its agencies, or one of its officers or employees in an official capacity; and*

12

*(2) serve the notice and paper .... on the state attorney general if a state statute is questioned—either by certified or registered mail or by sending it to an electronic address designated by the attorney general for this purpose.*
*(c) Intervention; Final Decision on the Merits. Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed or after the court certifies the challenge, whichever is earlier.*
https://www.law.cornell.edu/rules/frcp/rule_5.1

13

14

The state case is also docketed for a state appeal at King County Superior Court in August, but I will be filing for emergency injunctive relief in federal court before then.

15

Thank you.

16

-Ashley M. Gjovik

Sent with Proton Mail secure email.

17

18

5.67 MB   4 files attached

Gjovik v WA - Summons.pdf 27.31 MB     Gjovik v State of WA - Complaint for AG.pdf 4.15 MB     AG Service.pdf 542.56 KB

19

Gjovik v WA - Cover Sheet.pdf 984.76 KB

20
21
22
23
24

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT B

1

## Exhibit B: Petition for a Restraining Order

2

3

4

Certification - State of Washington/County of King
The undersigned, duly authorized clerk of the King County
District Court, Washington, hereby certifies that this document
on which this stamp is imprinted is a true and correct copy of
the original filed in this court.
Signed this ___ day of _____ 20__

_____
Court Clerk

5

**State of Washington**
**King County District Court**
**EAST DIVISION, REDMOND COURTHOUSE**

No. 22CIV01704KCX

6

**Order Re Petition/Motion**
**Harassment**

7

Cher Swan Scarlett

(Optional Use) (ORDMTP)
☐ Clerk's Action Required
Next Hearing Date/Time:

Petitioner (Protected Person)
vs.

8

Ashley Marie Gjovik

February 15, 2022    At: 1:30 PM

9

Respondent (Restrained Person)

At:
Redmond Courtroom 2
8601 160th Avenue NE
Redmond  WA 98052

10

11

**This Matter** is before the court upon the request of (name) _petitioner above_____, for a:
☒ Temporary Order          ☐ Full Order               ☐ Renewal Order

12

☐ Modification Order       ☐ Termination Order

and the **Court Finding:**

13

☐   Petitioner ☒ Respondent      did not appear.
☐   Petitioner **requested dismissal** of petition.
☐   This **order materially changes** an existing order. A hearing after notice is necessary.

14

☐   No notice of this request has been made or attempted to the opposing party.
☐   The petitioner has failed to demonstrate that there is sufficient basis to enter a temporary
      order without notice to the opposing party.

15

☐   The harassment protection order **petition does not list specific incidents and**
      **approximate dates** of harassment.
☒   The reasons for denial of the order are:

16

Respondent lives in California.  There is no emergency/irreparable harm if emergency order not issued.  Many
of the complained-of actions serve a lawful purpose (filing with NLRB) and involve free speech.  However,
other allegations may have merit, thus this Court will set a full-order hearing.

17

18

☒   A preponderance of the evidence has not established that there has been harassment.
☐   Other:

19

20

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

21

Denial Order – Antiharassment (as modified by KCDC) (ORDYMT) - Page 1 of 3
UHST 09.0500 (07/2019) - RCW 10.14   22CIV01704KCX
KCDC July 2019

22

23

24

1

2

3

4

5

**FILED**

JAN 3 1 2022

KCDC - East Division
Bellevue

6

7

**STATE OF WASHINGTON**
**King County District Court**
**East Division, Bellevue Courthouse**

No. 22CIVCI 1C4 KCX

8

Cher Swan Scarlett

Petitioner,

vs.

**Petition for an Order for Protection -**
☒ **Harassment (PTORAH) and/or**
☐ **Stalking (PTORSTK)**

9

10

Ashley Marie Gjovik

Respondent.

11

➤ **This is a Petition for an Order for Protection against Harassment and/or**
**Stalking as checked in the caption.**

12

I believe:

13

☒ I am a victim of stalking.
☐ _____ (name) is the victim of stalking and he/she is a minor or
vulnerable adult.

14

The respondent has been

• stalking the victim either in person or cyber stalking, and

15

• repeatedly contacting the victim or attempting to contact or monitor the victim for no lawful
purpose and his/her actions caused the victim to feel intimidated, frightened, or threatened.

16

☒ I am a victim of unlawful harassment.
☐ _____ (name) is a victim of unlawful harassment and he/she is a
minor.

17

The respondent's actions toward the victim have seriously alarmed, annoyed, or harassed the victim,
or are detrimental to the victim and serve no legitimate or lawful purpose. The respondent's actions
have caused substantial emotional distress to the victim or caused me to fear for the well-being of my
child.

18

19

**Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK) – Page 1 of 7**
WPF UHST-02.0200 (07/2019) – RCW 10.14.040, .800, RCW 7.92.030
KCDC July 2019

20

21

22

23

24

1

2

3    Respondent lives in Santa Clara (California) _____ County.

4    **4.** Where did the Conduct take place?

     The conduct took place in King (online) _____ County.

5    **Statement describing the victim/s need for protection from the respondent**

6    • Write clearly. If you need more space below, attach additional page/s. Do not write on the back.
     **5.** Describe what the Respondent did or said that you think is harassment or stalking.

7        • You must describe what the respondent actually said.
         • You must describe what the respondent actually did.

     The respondent has committed acts of harassment or stalking as follows:

8    **A.** Describe the most recent incident of harassment or stalking.
     Date and time (on or around): 1/31/2022

     Location: Twitter

9    What did the respondent do or say that you believe to be harassing or stalking behavior?

10   At the beginning of December 2021, Ashley Marie Gjovik began engaging in
     targeted harassment against me by posting defamatory content and other false
     statements about me on her Twitter account. She has said that every anonymous

11   account criticizing her is me, none of them are me. She has stated every single tweet
     that doesn't name her that talks about a generalization she thinks is about her is me

12   harassing her. I'm not. She has said that because I am cited in Apple's defense
     against her, she is not going to stop. She thinks I have somehow manipulated

13   members of the press from speaking to her, or writing about her in the way she
     wants, after harassing and defaming reporters at WaPo, NYT, npr, NBC, and

14   Business Insider. She has quoted me as saying things I've not said to try to defame
     me and get her followers to harass me. I blocked her many months ago. She blocked
     me as well.

15

16   At the end of the month, this escalated into cyberstalking me and my family
     members, and publishing personal and private information about myself and my

17   family members on her Twitter account with the malicious intention of stoking her
     followers into harassing me as well. As a result, a number of her followers filed
     false CPS reports against me, and began to harass my family.

18
     Out of desperation, I connected with a mutual friend, Melissa McEwen, to try to get

19   her to stop. She told this mutual friend she was doing it because I am cited in Apple,
     Inc's defense against her in one of her NLRB and DOL cases against the company.

20   She told the mutual friend she would only stop engaging in the behavior if I
     promoted her Twitter account (~8,000 followers) on my own Twitter account

21   (~55,000), and promoted her GoFundMe (goal of $100,000 for misc purposes). I
     refused to oblige, and sent a report to the FBI, suspecting that this was extortion

22   Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK) – Page 3 of 7
     WPF UHST-02.0200 (07/2019) – RCW 10.14.040, .800, RCW 7.92.030
     KCDC July 2019

23

24

1

2

3

How did the respondent make these statements?  ☐ in person ☐ mail/written notes
☐ e-mail ☐ text ☐ phone ☒ social media (such as Facebook and Twitter)
☐ other (describe): _____.

4

**B.** Describe other incidents of harassment or stalking.  For <u>each</u> incident, include the date, time (on or about), location, what was said, how statements were made, and what was done to a victim.

5

6

because of the monetary value associated with her demands in exchange to stop harassing me. Another friend, Janneke Parrish, also tried to get her to stop, she said she made similar possibly extorting requests to stop.

7

I also reported her behavior to her University, and to Twitter. Neither of these seems to have deterred her from continuing to engage in the harassment.

8

9

10

11

On January 11, 2022, she filed an NLRB charge against Apple, Inc, claiming that I was harassing her on Apple's behalf. I have not harassed her. On January 31, 2022, she published a "memo" for that charge containing defamatory and private information about me (and others) on a platform called Scribd. Ordinarily, this information would be redacted and confidential by the NLRB. She has shopped this information around to the press in an attempt to make it public record, for malicious purposes. Much of the information she has reposted is my personal medical information, which I have not given her consent to share.

12

13

https://www.scribd.com/document/555822358/US-NLRB-Ashley-Gjovik-Apple-Inc-Jan-10-2022-Charge-Draft-1

14

https://twitter.com/ashleygjovik/with_replies (there's a lot more here)

15

https://twitter.com/ashleygjovik/status/1479956961705795585

16

https://twitter.com/ashleygjovik/status/1480295321284472835

17

https://twitter.com/ashleygjovik/status/1480326596376477696

https://twitter.com/ashleygjovik/status/1481027837163311104

18

**6.** How did the incidents you describe above make you, the minor, or the vulnerable adult feel?

19

20

I am looking for another place to move to immediately for our safety. I am scared of what she will do if no one stops her. I am afraid of what will happen if her charges are not meritous. I am afraid of this woman and her followers.

21

22

23

24

12. Is there any other litigation between the victim/s and the respondent? This includes all matters - pending or past - such as parenting plans, landlord-tenant disputes, employment disputes, or property disputes. If yes, provide case number/s if known, type of case, and name of court:

> NLRB Charge CA-288816 - charge against Apple, Inc, which contains false/misleading information about me made in bad faith by Ashley Gjovik

➤ **Requests**

13. **I ask the Court for an order approving the following requests for protection:**

I Request an **Order for Protection** following a hearing that will:

| | |
|---|---|
| ☒ **No-Contact**: Restrain the respondent from making any attempts or having any contact, including nonphysical contact, with the person/s to be protected, directly, indirectly, or through third parties regardless of whether those third parties know of the order, except for mailing of court documents. |
| ☒ **Surveillance**: Prohibit or restrain the respondent from making any attempt to keep or from keeping the person/s to be protected under surveillance, including electronic surveillance. |
| ☐ **Exclude from places**: Exclude the respondent from the ☐ residence ☐ workplace ☐ school ☐ day care of the person/s to be protected. |
| ☐ **Stay Away**: Prohibit or restrain the respondent from entering or being within, or from knowingly coming within, or knowingly remaining within _____ (distance) of the ☐ residence ☐ workplace ☐ school ☐ day care of the person/s to be protected. ☐ other locations: _____ |
| ☐ **Other**: Stop harassment on Twitter and other social media platforms |
| ☐ **Evaluation**: Order the respondent to have a ☐ mental health ☐ chemical dependency evaluation. ☐ other: _____ |
| ☒ **Pay Fees and Costs**: Require the respondent to pay fees and costs of this action, which may include administrative court costs and service fees and petitioner's costs including attorneys' fees. |
| ☐ **Surrender Firearms**: Require the respondent to immediately surrender all firearms, other dangerous weapons, and any concealed pistol licenses, and prohibit the respondent from accessing, obtaining or possessing firearms, or other dangerous weapons, or concealed pistol licenses. |
| ☒ **Duration**: Remain effective longer than one year because respondent is likely to resume acts of unlawful harassment or stalking conduct against the persons to be protected if the order expires in a year. |

Pt for an Or for Protection – Harassment/Stalking (PTORAH, PTORSTK) – Page 6 of 7
WPF UHST-02.0200 (07/2019) – RCW 10.14.040, .800, RCW 7.92.030
KCDC July 2019

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**Emergency temporary protection (up to 14 days) until the court hearing:**

☒ An emergency exists as described below. I request that a **Temporary Protection Order** granting the relief I requested above for a no-contact, surveillance, exclude from places, or stay away order be issued immediately, without prior notice to the respondent, be effective until the hearing.

☐ I also request a temporary surrender of all firearms, other dangerous weapons, and concealed pistol licenses without notice to the other party because irreparable injury could result if an order is not issued until the hearing.

What irreparable harm would result if an order is not issued immediately without prior notice to the respondent?

I have already struggled to find employment because of her harassment, along with harassment from her followers that could lead to misuse of 911 dispatch resulting in irreparable harm to myself or to my child.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated: 1/31/2022 _____ at Kirkland _____ Washington.

_____
Petitioner

Cher Scarlett
_____
Print or type name

ORIGINAL COMPLAINT                – PAGE 96 –                ASHLEY M. GJOVIK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT C

1

**Exhibit C: Grant of Protective Order**

2

3

4       

5

6     **STATE OF WASHINGTON**
      **King County District Court**

7     EAST DIVISION, REDMOND COURTHOUSE

      No. 22CIV01704KCX

8     Cher Swan Scarlett                      **Order for Protection -**
                                              **Harassment** (ORAH)
      Petitioner,                             Court Address:
                        vs.
9                                             EAST DIVISION, REDMOND COURTHOUSE
      Ashley Marie Gjovik                     8601 160th Avenue NE
10    Respondent.                             Redmond      WA  98052

11                                            Telephone Number: **(206)205-9200**
                                              (Clerk's action required)

12

13    **Warning to the Respondent:** Violation of the provisions of this order with actual notice of its
      terms is a criminal offense under RCW 10.14 and will subject a violator to arrest. Willful
      disobedience of the terms of this order may also be contempt of court and subject you to
      penalties under RCW 7.21.

14    1. Full Faith and Credit:  The court has jurisdiction over the parties, the minors and the subject
         matter.  This order is issued in accordance with the Full Faith and Credit provisions of
         VAWA.18 U.S.C. § 2265.

15    2. Notice of this hearing was served on the Respondent by ☒ personal service ☐ service by
         publication pursuant to court order ☐ other _____.

16
      3. Minors addressed in this order:

17    | Name (First, Middle Initial, Last), Age, Race, Sex |
      | --- |
      | |

18

19

20

      Based upon the petition, testimony, and case record, the court finds that the Respondent
21    committed unlawful harassment, as defined in RCW 10.14.080, and was not acting pursuant
      to any statutory authority, and **it is therefore ordered that:**

22    

      **Ord for Protection (Harassment)** (ORAH) – Page 1 of 4     22CIV01704KCX
23    UH-04.0500 Mandatory (06/2020) - RCW 10.14.080(4), RCW 9.41.800
      KCDC June 2020

24

☒ **No Contact:** Respondent is **restrained** from making any attempts to contact Petitioner and any minors named in the table above.

☒ **Surveillance:** Respondent is **restrained** from making any attempts to keep under surveillance Petitioner and any minors named in the table above.

☒ **Stay Away:** Respondent is **restrained** from entering or being within _1000 ft_ (distance) of Petitioner's ☒ residence ☒ place of employment ☒ other:

petitioner's person, vehicles, anywhere petitioner is

☒ The address is confidential. ☐ Petitioner waives confidentiality of the address which is:

Petitioner's address remains confidential.

☒ **Other:**

Respondent shall not make any statements or posts or other publications about Petitioner, including, but not limited to, petitioner's medical information, petitioner's family, petitioner's names, on any social media or internet or other medium. Nothing about this Order prohibits Respondent from testifying in administrative or judicial proceedings.

☐ **Pay Fees and Costs:** judgment is granted against Respondent in favor of _____ in the amount of $ _____ for costs incurred in bringing the action and $ _____ for attorneys' fees.

**Notice: Petitioner, you must fill out and file a completed form WPF UH 04.0700, Judgment Summary.**

The court has granted judgment against the Respondent in the amount of $ _____ for administrative court costs and service fees. A Judgment Summary, form WPF UH 04.0700, must be completed and filed.

Dated: _March 1, 2022_ at: _2:44 PM_

Judge       Lisa N. O'Toole

I acknowledge receipt of a copy of this Order:

_____
Signature of Respondent/Lawyer WSBA No.          Print Name                    Date

_____
Signature of Petitioner/Lawyer   WSBA No.          Print Name   _Cher Scarlett_   _3/1/22_   Date

**Petitioner or Petitioner's Lawyer must complete a Law Enforcement Information Sheet (LEIS).**

**Petitioner:** The law allows you to register for certain notifications regarding this protection order and its status. Visit www.RegisterVPO.com or call 1-877-242-4055 for more information, or to sign up. If you feel that you are in danger, call 9-1-1 immediately.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT D

1

**Exhibit D: The Legal Memo (Excerpt)**

2

3

**Ashley M. Gjovik**
Juris Doctor Candidate & Public International Law Certificate Candidate
Santa Clara University, Class of 2022

4

For Submission To:
- **U.S. NLRB:** Region 32 & Office of General Counsel
- **U.S. Department of Labor:** Whistleblower Protection Program
- **U.S. Attorney's Office:** Northern District of California
- **California DOJ:** Office of the Attorney General
- **California Department of Labor:** DIR Labor Commissioners

5

6

7

8

9

**Case No.:**
U.S. Dept of Labor: 9-3290-22-051
U.S. NLRB: 32-CA- 282142, 283161, 284428 & 284441, & 288816
U.S. EEOC 556-2021-00608
U.S. SEC: 16304-612-987-465 & 16353-506-600-213
CA Dept of Labor: RCI-CM-842830

MS. ASHLEY GJOVIK

Complainant,

v.

APPLE INC., *et al.*,

Respondent.

**LEGAL MEMO**
Date Action filed: February 7, 2022

**Charges:**
National Labor Relations Act §8(a)(1)
National Labor Relations Act §8(a)(4)
CERCLA, 42 U.S.C. §9610
SOX 18 U.S.C.A. §1514A
OSHA §11(c) 29 U.S.C. §660
18 U.S.C. §1512(a),(b),(c),(d)
18 U.S.C. §1505
18 U.S.C. 1513
18 U.S.C. §371
18 U.S.C. §876
Dodd-Frank 15 U.S.C. §78u-6(h)(1)(A)(iii)
Racketeer Influenced & Corrupt Organizations Act
Civil Rights Act Title VII, 42 U.S.C. §2000e
CA Labor Code §232.5, §6310, §1102.5, §6399, & §132(a)

**ASHLEY GJOVIK V APPLE INC**
INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

# INTIMIDATION, RETALIATION, & PROPAGANDA CAMPAIGN

## Evidence Report

### DRAFT v9

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
Page 2 of 327

# ASHLEY GJOVIK V APPLE INC
## INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## TABLE OF CONTENTS

HARASSMENT CAMPAIGN EVIDENCE REPORT ........................................................................................ 1

CHARGES .......................................................................................................................................................... 5

   ASSOCIATED CHARGES & CASES: .................................................................................................................. 5

SUMMARY ........................................................................................................................................................ 5

REVIEW METHODOLOGY ............................................................................................................................ 9

UNLAWFUL THREATS MADE BY APPLE INC ......................................................................................... 10

   THREATS OF VIOLENCE ................................................................................................................................. 10
   THREATS OF TERMINATION & RETALIATION .......................................................................................... 12
   THREATS OF BLACKLISTING; RUINING LEGAL CAREER ........................................................................ 14
   THREATS AGAINST FRIENDS & COLLOGUES ............................................................................................. 17

APPLE INC'S RETALIATORY ANIMUS ...................................................................................................... 18

   FORBIDDEN ANIMUS ...................................................................................................................................... 18

APPLE INC'S LAWFARE ................................................................................................................................ 20

   LAWFARE: THREATS OF LITIGATION; PROSECUTION; BANKRUPTCY; "RUIN" ................................. 20
   LAWFARE: COERCION TO WITHDRAW
   CHARGES & COMPLAINTS ............................................................................................................................ 23
   LAWFARE: DOUBT; DISINFORMATION; FALSE ACCUSATIONS ............................................................. 27

ANTI-UNION & ANTI-LABOR THREATS & COERCION ........................................................................... 32

DISCRIMINATION DUE TO SEX &/OR DISABILITY ................................................................................ 33

EVIDENCE OF PROPAGANDA BY TYPE .................................................................................................... 37

   THE BIG LIE (GROßE LÜGE) + AD NAUSEAM & RATIONALIZATION ..................................................... 37
   DIVIDE & RULE; BLACK/WHITE FALLACY; FACTIONS ........................................................................... 42
   VIRTUE WORDS; APPEAL TO PREJUDICE; TRANSFER; MORAL PANIC; FEAR-MONGERING ............. 44
   CULT OF PERSONALITY; DEMAGOGUE; APPEAL TO AUTHORITY ....................................................... 47
   BANDWAGON & INEVITABLE VICTORY ..................................................................................................... 48
   SPIN; AGENDA SETTING; BURY BAD NEWS ............................................................................................... 49
   FALSE FLAG OPERATION & REVERSE FALSE-FLAG ................................................................................ 52
   AD HOMINEM ATTACKS; SMEARS; CHARACTER ASSASSINATION; FALSE ACCUSATIONS .............. 55
   RED HERRING; WHATABOUTISM; STRAWMAN; MINIMIZATION; CHERRY-PICKING .......................... 59
   DEMORALIZATION; GASLIGHTING; PROPAGANDA OF DESPAIR ........................................................... 62

EVIDENCE (CHRONOLOGICAL) .................................................................................................................. 63

   LEGEND ............................................................................................................................................................ 63
   AUGUST 2021 ................................................................................................................................................... 64

ASHLEY M. GJOVIK
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 3 of 327**

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

SEPTEMBER 2021 ................................................................................................98
OCTOBER 2021 ...................................................................................................174
NOVEMBER 2021 ...............................................................................................196
DECEMBER 2021 ...............................................................................................208
JANUARY 2021 ...................................................................................................235
FEBRUARY 2021 .................................................................................................271

**APPENDIX I: CAST OF CHARACTERS (PARTIES)**.............................................**298**

EMPLOYER (MANAGERS/SUPERVISORS)................................................................298
EMPLOYEES ACTING AT DIRECTION OF APPLE INC .............................................300
AGENTS ACTING AT DIRECTION OF APPLE INC....................................................306
APPLE INC: AGENTS FOR PROPAGANDA ...............................................................307

**APPENDIX II: RETALIATORY MEMES** ...............................................................**323**

**APPENDIX III: BABY HUMMINGBIRD** ...............................................................**326**

**ASHLEY M. GJOVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
Page 4 of 327

1

2

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

3

## UNLAWFUL THREATS MADE BY APPLE INC

4

**THREATS OF VIOLENCE**

5

- **4 Aug 2021:** If you didn't know that you were gonna get [death & rape] threats then you are honestly still a child. There's always consequences to you actions whether good or bad. I dont think you are child so I believe you just want attention. (Twitter)[1]

6

- **7 Sept 2021:** Espionage has long been treated as a crime worthy of death and all Apple would need to do is to make it apply to corporations and not just nations." (Reddit)[2]

7

- **9 Sept 2021:** A certified interrogator from Apple's "Workplace Violence" team emails me and demands I get on the phone with him within the hour, but won't tell me why.

8

- **9 Sept 2021:** "I said it in the last thread about bad, criminal employees, and I'll say it again. It's time for Apple to take out the trash. Do whatever it takes to identify and catch the leakers and then ruin their lives. Fire them, prosecute and go after them. Do whatever it takes. Hunt them down like wild animals. Leakers and other activist employees who believe that they can do as they please have no business being at Apple. I want to see them gone and I want to see them destroyed. Trashy employees do not belong at Apple. And who is surprised that the leakers go running to the garbage site called the Verge? They already had one campaign that backfired on them when the lunatic woman leaker was fired, now it's time to get rid of any remaining leakers and criminals. Go get 'em Tim! Espionage has long been treated as a crime worthy of death and all Apple would need to do is to make it apply to corporations and not just nations." (Reddit)[3]

9

10

11

- **10 Sept 2021:**): #ashleygjovik the world is both pandering to you and also reaming you. This sounds about right. #narcissist #youdeserveit #coward (Twitter)[4]

12

- **22 Sept 2021:** [Tim Cook] gonna f@*k some peeps up (picture of racecar driver with a baseball bat)[5]

13

- **29 Sept 2021:** Don't open it! (Picture from the movie "7" with Brad Pitt in a field next to a box with a severed human head and the words "WHAT'S IN THE BOX")[6]

14

- **30 Sept 2021:** #Apple prides itself in it's packaging... but this is what arrived at my doorstep today. My personal effects from my office, shoved haphazardly in a random box, no packing materials, infused with Superfund fumes, [rocks], shards of glass, & spite. (Ashley Gjovik)[7]

15

- **15 Oct 2021:** Maybe [Janneke] can go to Afghanistan and form her AppleToo group there , see how Taliban deals with her. (Apple Insider)[8]

16

17

[1] Twitter, https://twitter.com/k1ngofgam3s/status/1423453566879076354
[2] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/comment/hdv5obi/ ; https://www.reddit.com/r/apple/comments/pt91m5/comment/hdvtqqn/
[3] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/comment/hdv5obi/ ; https://www.reddit.com/r/apple/comments/pt91m5/comment/hdvtqqn/
[4] Twitter, https://twitter.com/beezie_wacks/status/1436340545194905608.
[5] MacRumors, https://forums.macrumors.com/threads/apple-ceo-tim-cook-in-leaked-memo-we-are-doing-everything-in-our-power-to-identify-leakers.2312633/.
[6] Twitter, DELETED, https://web.archive.org/web/20210929195613/https://twitter.com/SvatosJason/status/1443303485546532867
[7] Twitter, https://twitter.com/ashleygjovik/status/1443702363299188741
[8] Apple Insider, https://forums.appleinsider.com/discussion/224577;

18

19

20

21

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 10 of 327**

22

23

24

1

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

2

3   - **15 Oct 2021:** Good riddance! Another entitled brat who tried to politicize the workplace, and get a fat payout as a result. **In a country like Russia, they would have a car accident.** (Apple Insider) [9]

4   - **20 Dec 2021:** Tomorrow's headline: **Apple Whistleblower found dead of heart attack at 22 (never mind the double tap,** nothing to see here). [10]

5   - **7 Jan 2022:** Actual conversations" show both sides. Here's the other: [screenshot: *Cher Scarlet: I said I'll sign something if she writes it up. **I literally don't want her to exist in my world lol***]. (Cher Scarlett) [11]

6   - **30 Jan 2022:** : "The nail that sticks out, gets **hammered.**" (Twitter) [12]

7   - **3 Feb 2022:** Whistleblowers deserve a better voice than yours or Cheers or any one person. I hope Twitter shuts you down for some perspective. Your Tweets are like a feminist version of @ProudBoysUS @TrumpWarRoom [13]

8   - **5 Feb 2022:** I'll always have your back, [Cher Scarlett]. This thread [about Ashley] is very kind and fair, especially with everything you've been going through. [Pinned photo on user profile has two baseball bats that say **"Fuck Around" & "Find Out."**] [14]

9   - **5 Feb 2022:** **Implying that people are trying to have you assassinated or cause you to kill yourself, me included, is extremely harmful, and I alerted APPLE** about the chain of tweets involved in doing so. (Cher Scarlett) [15]

10

11

12

13

14

15

16

17

---

[9] Apple Insider, https://forums.appleinsider.com/discussion/224577;
[10] Reddit, https://www.reddit.com/r/technews/comments/rkyslb/comment/hpg6bzu/?utm_source=share&utm_medium=web2x&context=3
[11] Twitter, https://twitter.com/cherthedev/status/1490097625495789569,
https://web.archive.org/web/20220205230927/https://twitter.com/cherthedev/status/1490097625495789569
[12] Twitter, https://web.archive.org/web/20220130031154/https://twitter.com/i_mspam/status/1487549097070379008
[13] Twitter, https://twitter.com/one_more_time_2/status/1489749317631967235,
[14] Twitter, https://twitter.com/medus4_cdc/status/1490167045354397699,
[15] Twitter, https://twitter.com/cherthedev/status/1490053004791218177,

### ASHLEY M. GJØVIK
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

**Page 11 of 327**

---

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

### THREATS OF TERMINATION & RETALIATION

- 4 Aug 2021: Haha and your never coming back you clown ass fool (Twitter)[16]
- 4 Aug 2021: Honestly apple should probably just let her go, she seems to be the one creating the hostile workplace environment" (Twitter)[17]
- 4 Aug 2021: As an Apple shareholder I hope they terminate her employment completely. (AppleInsider)[18]
- 4 Aug 2021: WHERE EXACTLY DO U THINK BITING THE LITERAL HAND THAT FEEDS U ... WILL GET U... HONESTLY THINK ABOUT THAT. (Twitter)[19]
- 4 Aug 2021: I'm surprised Apple allowed her to work there while badmouthing the company. I would have gotten rid of that b**** so fast without extra compensation. Even now she's still getting paid and still talking sh**. (AppleInsider)[20]
- 5 Aug 2021: This woman is a psychopath and frankly is a danger to other Apple Employees! Would any of you feel safe working alongside a person like this? Be honest! Apple needs to bring the hammer and make an example of people like this, men or women (Apple Insider)[21]
- 12 Aug 2021: I've informed Apple they should fire [Gjovik] immediately (Christy Dehus)[22]
- 21 Aug 2021: I'd fire you in a heartbeat.(Twitter)[23]
- 23 Aug 2021: Apple - show these people the door (MacRumors)[24]
- 26 Aug 2021 Leadership, if you're reading this, punish the entitled minority and not the entire company.[25]
- 23 Aug 2021: Seems like [Gjovik & Scarlett] just Tweet internal info all day, fire them both. They bring ZERO value (Apple Insider)[26]
- 26 Aug 2021 The HR conversation should be: It sounds like you are no longer happy here. I guess it's time to part ways and make room for a better fit. We are looking for our next generation of leaders and you clearly are not it. Good luck. (MacRumors)[27]
- 26 Aug 2021: Those people wouldn't quit. I'd have them fired 🔥🔥🔥 (MacRumors)[28]

[16] Twitter, https://twitter.com/dake_smith/status/1423254970124718089.
[17] Twitter, https://twitter.com/abm_11110/status/14232245560330084352
[18] Apple Insider, https://forums.appleinsider.com/discussion/223222;
[19] Twitter, https://twitter.com/dake_smith/status/1423254573393797123.
[20] Apple Insider, https://forums.appleinsider.com/discussion/223222;
[21] Apple Insider Forums, https://forums.appleinsider.com/discussion/223222/female-apple-employee-put-on-administrative-leave-following-tweets-about-sexism-in-the-wor/p3 .
[22] Emails, see screenshots
[23] Twitter, https://twitter.com/ashleygjovik/status/1429174603713191936
[24] MacRumors, https://forums.appleinsider.com/discussion/comment/3330761/#Comment_3330761.
[25] Team Blind, see screenshots
[26] Apple Insider, https://forums.appleinsider.com/discussion/223646. ;
[27] MacRumors, https://forums.macrumors.com/threads/apple-employees-increasingly-content-to-criticize-the-company-amid-switch-remote-working-and-use-of-slack.2308761/
[28] MacRumors, https://forums.macrumors.com/threads/apple-employees-increasingly-content-to-criticize-the-company-amid-switch-remote-working-and-use-of-slack.2308761/;

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **3 Sept 2021: They should fire her long time ago.** One sick apple in the box always spoil others. The atmosphere and energy she was spreading especially as team leader is the worst thing. **They should actually fire now all her team because they are all infected.** Next is the one who hired her. (Twitter)[29]
- **3 Sept 2021:** Why people just don't leave if they don't like their work place? Why make it toxic for everyone else? This company grow too fast so a few bad apples came in and spoiling it for everyone. One toxic person can destroy positivity and peace anywhere. **Get rid of them!** (Twitter)
- **10 Sept 2021:** Apple should have **fired cancer like this way earlier** (Apple Insider) [30]
- **11 Sept 2021: The person who hired this wack job at Apple should also be fired** [31]
- **15 Oct 2021:** Companies don't hire employees so that the employees can "make change". Screw these people and their causes. They are hired to be employees, not activists. If the latter is more important to them, **then they should either find another job or get fired.** Either solution is fine with me. (Reddit) [32]
- **15 Oct 2021: Apple needs to fire the HR manager too for hiring these idiots.** (Apple Insider) [33]
- **29 Oct 2021:** I supported my coworker's claims during an HR investigation against our Director. **I was passed over for a promotion.** The dumb fck that defended the Director got the promotion. Go figure (Twitter) [34]

-

[29] Twitter, https://twitter.com/DanielSavills/status/1436195552945913860,
[30] Apple Insider, https://forums.appleinsider.com/discussion/223877;
[31] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[32] Reddit, https://www.reddit.com/r/apple/comments/q8v4ce/apple_fires_one_of_the_appletoo_movements_leaders/;
[33] Apple Insider, https://forums.appleinsider.com/discussion/224577;
[34] Twitter, **DELETED,** https://web.archive.org/web/20211028044923/https://twitter.com/LeglLovzSolr/status/1453584618729263108

**ASHLEY M. GJØVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 13 of 327**

1

2

3

4

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

### THREATS OF BLACKLISTING; RUINING LEGAL CAREER

- **4 Aug 2021:** u are delusional. You need medical help bad. Delusional fool. Hope u never get another job. No one needs to be around this nut case (Twitter) [35]
- **4 Aug 2021:** DO U EVER WANT A JOB AGAIN ANYWHERE. (Twitter) [36]
- **4 Aug 2021::** She seems more than a little unstable if you look at her Twitter history. Best if Apple shows her the door IMO PS – She has about a zero chance of ever working at a leading tech firm ever again (AppleInsider) [37]
- **12 Aug 2021:** Are you someone who can be trusted, like ever? If you're gonna be a lawyer, who has attorney-client expectations, what client will trust you won't use their words against them later? (Twitter) [38]
- **3 Sept 2021:** Exactly, and she will soon be out of the compensation when investigation completes and find "no, your manager complimenting you is not harassment", she will never get another job, would you hire her? (AppleInsider) [39]
- **9 Sept 2021:** Santa Clara University Law must be cringing. Prospective law students must be crossing that one off their list. Lol (Reddit) [40]
- **9 Sept 2021:** The only thing toxic in all of this is HER. I wouldn't hire this person. I wouldn't rent to this person. I sure as hell wouldn't date this person. She needs serious help. (Reddit) [41]
- **9 Sept 2021:** Agreed. It isn't the fact that she is getting fired, it is why -Apple is alleging she deliberately violated the terms of employment, which sounds a lot like "dishonesty" on its face. It might not be, but that is enough to get a long [Moral Character] investigation going. (Reddit) [42]
- **9 Sept 2021:** I know is this: I feel sorry for the next company that hires her (Reddit) [43]
- **9 Sept 2021:** I'd be more worried about her getting barred. This reflects badly on her character and it's possible she'll be denied to taking the bar exam. (Reddit) [44]
- **9 Sept 2021:** I hope no one hire this manipulative maniac. (Reddit) [45]
- **10 Sept 2021:** She's going to find herself unemployable after this fiasco. You reap what you sow. Also there's Karma, It's a bitch. (Twitter) [46]
- **10 Sept 2021::** The irony is: she's a law student graduating next year...How terrifying. (HackerNews.com) [47]

---

[35] Twitter, https://twitter.com/dake_smith/status/1423252691464163331.
[36] Twitter, https://twitter.com/dake_smith/status/1423254573393797123.
[37] Apple Insider, https://forums.appleinsider.com/discussion/223222;
[38] Twitter, https://twitter.com/beezie_wacks/status/1425921919447040003.
[39] Apple Insider, https://forums.appleinsider.com/discussion/223785 ,
[40] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fures_senior_engineering_program_manager/;
[41] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fures_senior_engineering_program_manager/;
[42] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fures_senior_engineering_program_manager/;
[43] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fures_senior_engineering_program_manager/;
[44] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fures_senior_engineering_program_manager/;
[45] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fures_senior_engineering_program_manager/;
[46] Twitter, https://twitter.com/Chloeheather967/status/1436785837610504193;
[47] HackerNews, https://news.ycombinator.com/item?id=28477392;

1

2

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

3

- **10 Sept 2021: You think there are law firms that will want to hire her? She's toxic.** (HackerNews.com)[48]

4

- **10 Sept 2021: Seems like her career is done. Leaking internal stuff which marked "confidential" is the stuff that'll cause concerns.** [49]

5

- **10 Sept 2021: Good luck to her getting another job in tech.** $400k plus stock RSUs up in smoke - just like that (Apple Insider)

6

- 10 Sept 2021: Lol are people just stupid and buying her 🔺? stop with the stupidity, **this woman is an absolute psychopath and I will bet no company will hire her again** (Apple Insider)

7

- 11 Sept 2021: Ashely Gjovik is **pure evil and cancer.** Hope she **lose this case and never work anywhere again.** (Reddit)

8

- 11 Sept 2021: Apple is paying for her law school as well as her 386k salary. That is very nice but given her history, **no law firm will hire her … lol** [50]

- **11 Sept 2021: I don't think she will ever get hired ever again,** she has herself to thank [51]

9

- 11 Sept 2021: Since **I doubt this psycho will ever be hired again by anyone,** I would not want to spend the the legal fees if I were her. (Apple Insider) [52]

10

- 12 Sept 2021: there's no conspiracy **she broke Apple's number one rule.** She talked to the press while still employed. She is never going to work in tech again and since **she is going to lose the lawsuit she should just apply to fast foods right away.** (Twitter) [53]

11

- **13 Sept 2021: No Fortune 500 company will want to hire her** after her public display. (Twitter) [54]

- 16 Sept 2021: You'll **never work as an attorney** (Twitter). [55]

12

- 16 Sept 2021: I guess you'll have to make your killing in business this way, because **it's the only killing you'll ever make. You've chosen to go radioactive.** (Twitter)[56]

13

- **15 Oct 2021: Publish their names so other employers know not to hire them.** These are rotten apples. (Reddit) [57]

- 15 Oct 2021: What I'm saying is that **industries need to keep a blacklist,** names of people not to hire under any circumstances. (Reddit) [58]

14

- **20 Dec 2021:** it really feels like [Gjovik's] committing **career suicide** (Reddit) [59]

- **10 Jan 2022: Attn someone at @SantaClaraUniv:** could you review the cyberbullying of Cher Scarlett coming from the account of your law student @ashleygjovik? Do you condone this behavior? Is this in line with the terms of your code of conduct? (Twitter)[60]

15

---

[48] HackerNews, https://news.ycombinator.com/item?id=28477392;
[49] HackerNews, https://news.ycombinator.com/item?id=28477392;
https://web.archive.org/web/20220128065558/https://news.ycombinator.com/item?id=28477392
[50] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[51] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[52] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[53] Twitter, https://twitter.com/AllonsvAlonso85/status/1437335489611280384
[54] Twitter, https://twitter.com/pri_dayal/status/1437622722662653954.
[55] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/.
[56] Twitter, https://twitter.com/i_msspam/status/1438899745557155841.
[57] Reddit, https://www.reddit.com/r/apple/comments/q8v4ce/apple_fires_one_of_the_appletoo_movements_leaders/;
[58] Reddit, https://www.reddit.com/r/apple/comments/q8v4ce/apple_fires_one_of_the_appletoo_movements_leaders/;
[59] Reddit, https://www.reddit.com/r/technews/comments/rkyslb/apple_employee_blows_whistle_on_illegal_spying/;
[60] Twitter, https://twitter.com/FirstNa47437596/status/1480750181142261760.

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **10 Jan 2022: @santaclarauniv** this is a bad case of cyberbullying by one of your students that reflects poorly on your student body. Do you condone this? (Twitter) [61]
- **29 Jan 2022:** [Gjovik will] **never work as an attorney** (Twitter)[62]
- **20 Nov 2021:** "*Gjovik, who's in law school*" Why a change of career into law? **Does it have to do with no employer wanting to hire a Senior Engineering Program Manager like her ever again?** (Reddit) [63]
- **20 Nov 2021: If she keeps at it, soon no law firm will want to hire her ever.** (Reddit) [64]
- **20 Dec 2021: it really feels like she's committing career suicide.** (Reddit)[65]
- **3 Feb 2022:** Whistleblowers deserve a better voice than yours or Chers or any one person. **I hope Twitter shuts you down for some perspective.** Your Tweets are like a feminist version of @ProudBoysUS @TrumpWarRoom [66]
- **5 Feb 2022: Multiple people reported this person for their behavior to their University** as far as I know, and the agencies currently involved do not know what to do as they've never had this happen in nearly 100 years. **It's disturbing that the authorities have to get involved.** (Cher Scarlett) [67]

---

[61] Twitter, https://twitter.com/FirstNa47437596/status/1481381439983685632.
[62] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/tim_cook_says_employees_who_leak_memos_do_not/.
[63] Reddit, https://www.reddit.com/r/apple/comments/qvmkjj/bloomberg_apple_ceos_antileak_edict_broke_law/.
[64] Reddit, https://www.reddit.com/r/apple/comments/qvmkjj/bloomberg_apple_ceos_antileak_edict_broke_law/.
[65] Reddit, https://www.reddit.com/r/iCloud/comments/rl9592/apple_employee_blows_whistle_on_illegal_spying/;
[66] Twitter, https://twitter.com/one_more_time_2/status/1489749317631967235.
[67] Twitter, https://twitter.com/cherthedev/status/1490053004791218177.

**ASHLEY M. GJOVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 16 of 327**

**ASHLEY GJOVIK V APPLE INC**
INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## APPLE INC'S RETALIATORY ANIMUS

**FORBIDDEN ANIMUS**

- 23 Aug 2021: Are you still a victim when you walk down a dark alley with the expectation of coming out unscathed, or did you invite that on yourself? (Apple Insider)[73]
- 3 Sept 2021: You reap what you sow. Chalk it up to your stupidity and move on. (Twitter) [74]
- 9 Sept 2021: "Sometimes you fuck around, and then sometimes you find out." (Ricky Mondello) [75]
- 9 Sept 2021: The way she's been attacking her employer on every possible front (including taking digs at the CEO and board of directors, repeatedly), this was basically a self-fulfilling prophecy. (Reddit) [76]
- 9 Sept 2021: Lmao "familiar"?! Girl, you better know it solid or get Gjoviked!... Apple is ruthless like that (Reddit) [77]
- 9 Sept 2021: I'm of the personal opinion she wrote her Apple obit when she posted to Twitter. As a seasoned employee, she more than others, we well aware of the consequences of airing 'dirty laundry' on an international social media site after all she's signed as an employee. It backfired. (Twitter)[78]
- 9 Sept 2021: She should have went in. Might've felt irreplaceable? Showed her hand when she didn't go in. If went in, would've been severance if fired. (Twitter)[79]
- 9 Sept 2021: She deserves all the misery of being fired for violating policy. She's a liar and she didn't get away with it this time. (Twitter) [80]
- 9 Sept 2021: She was fired bc she was an awful employee (Reddit) [81]
- 9 Sept 2021: Good riddance. They should have fired her weeks ago. (Reddit) [82]
- 9 Sept 2021: Apple is allowed to keep secrets that aren't violating any laws. What she leaked wasn't violating any laws. She was fired with sufficient justification, but she'll undoubtedly claim it was not justified and complain some more, maybe sue. She'll lose, because she's entirely to blame for her firing. (Reddit) [83]
- 10 Sept 2021: Apple fired you because they already know how this ends. There was no fixing the situation, so they waited and looked for a policy violation, found it, and booted you. They already know they're shelling out money on this so why have you in the office? (Twitter)
- 12 Sept 2021: there's no conspiracy she broke Apple's number one rule. She talked to the press while still employed. She is never going to work in tech again and since she is going to lose the lawsuit she should just apply to fast foods right away. (Twitter) [84]

[73] Apple Insider, https://forums.appleinsider.com/discussion/comment/3331975/
[74] Twitter, https://twitter.com/Chloeheather967/status/1436303814236180481
[75] Twitter, https://twitter.com/rmondello/status/1436184099987681314.
[76] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[77] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[78] Twitter, https://web.archive.org/web/20210910144621/https://twitter.com/DonnaW218654/status/1436332518370791425
[79] Twitter, https://web.archive.org/web/20210910144621/https://twitter.com/DonnaW218654/status/1436332518370791425
[80] Twitter, https://twitter.com/beezie_wacks/status/1436343966920679424 .
[81] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[82] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[83] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[84] Twitter, https://twitter.com/AllonsyAlonso85/status/1437335489611280384

**ASHLEY M. GJOVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 18 of 327**

**ASHLEY GJOVIK V APPLE INC**
INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

## APPLE INC'S LAWFARE

### LAWFARE: THREATS OF LITIGATION; PROSECUTION; BANKRUPTCY; "RUIN"

- 26 Aug 2021: Send the cry babies to jail. (MacRumors) [88]
- 7 Sept 2021: Espionage has long been treated as a crime worthy of death and all Apple would need to do is to make it apply to corporations and not just nations." (Reddit) [89]
- 9 Sept 2021: [Gjovik's] lucky Apple didn't decide to crush her like a bug for violating the NDA (Reddit) [90]
- 9 Sept 2021: Not to mention... if she's *gotten anything for the info, they may be able to also press charges for corporate espionage.* She fucked up. (Reddit) [91]
- 9 Sept 202: I so hope Apple, Northrop Grumman, Irvine Company sue her and teach her a lesson. I think She thinks she going to get rich, but she's going straight to the poor house. $300K + RSUs + healthcare + tuition reimbursement all up in smoke for this nonsense. Go Ashley go! (Reddit) [92]
- 9 Sept 2021: … If she wanted to send any of this to her lawyers or representatives, I can promise you they would be screaming lividly at her demanding she stop breaking Apple's policies and keep detailed records of all of this as all of my above arguments are the exact kind of things a defense lawyer would be pointing to, in order to disprove sincerity and good faith in her accusations. (Reddit) [93]
- 9 Sept 2021:. It would be in your best interest to drop ideas of suing, or attempts at dragging them through any spiteful dirt, as it'll co$t you. If not, seek counsel. (Twitter) [94]
- 10 Sept 2021: Apple will sue the shit out [Gjovik] for disinformation and reputational loss. (Reddit) [95]
- 10 Sept 2021: If there was legit something wrong don't get yourself in trouble for defamation when your employer is simply treating you like an employee.  (Apple Insider)
- 10 Sept 2021: See more reason for 🍎 to sue than her. (Twitter)
- 10 Sept 2021: Ashley is about to become a broke joke.  (Apple Insider)
- 10 Sept 2021: Apple and Irvine Company should sue her to oblivion. Considering her character, I highly
- 11 Sept 2021:  People say she is in law school, which Apple  was paying pay, and do you see how Apple legal team just basically ended Epic Mobile, a billion dollar company? Good luck Ashley (AppleInsider) [96]

---

[88] MacRumors, https://forums.macrumors.com/threads/apple-employees-increasingly-content-to-criticize-the-company-amid-switch-remote-working-and-use-of-slack.2308761/;
[89] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/comment/hdv5sbi/ ; https://www.reddit.com/r/apple/comments/pt91m5/comment/hdvtqqn/
[90] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[91] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[92] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[93] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[94] Twitter, https://web.archive.org/web/20210910144621/https://twitter.com/DonnaW218654/status/1436332518370791425
[95] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/comment/hccxlth/?utm_source=share&utm_medium=web2x&context=3
[96] Apple Insider, https://forums.appleinsider.com/discussion/223902;

1

2

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

3

- **11 Sept 2021:** Apple could sue HER to oblivion for breaking her employment contract.
- **11 Sept 2021:** Apple just destroyed a Billion dollar company in Epic for being greedy. now they can turn all their attention to this ungrateful psychopath [97]

4

- **11 Sept 2021:** Apple (w/it's army of lawyers) can sue her and it would be an easy win because it's a simple breach of contract case. Her counter suit for retaliation / harassment will be very challenging especially if her coworkers don't have her back. They may be enjoying all that Apple $$$. Lawsuit would be chump change for Apple, but will certainly bankrupt her. I've never seen anyone so intent on ruining their own reputation / livelihood (Reddit)

5

6

- **12 Sept 2021:** Besides it's not about her complaint, it's about the fact that she leaked info that's why she was fired. Apple will prove that in court and she'll disappear. (Twitter) [98]

7

- **15 Sept 2021:** Dear Ms. Gjovik: On behalf of Apple Inc., we write to request that you remove certain images and video that you have displayed publicly in violation of your Confidentiality and Intellectual Property Agreement with Apple dated January 31, 2015 (the "IPA"). (Apple's Lawyers)

8

- **22 Sept 2021:** Look at Gjovik, went from $300K+ plus RSUs (poof!) to a GoFundMe. Keep blabbing to Zoe, girls, it's clicks and money in her pocket while y'all go bankrupt going up against Apple. (Reddit) [99]

9

- **20 Oct 2021:** Apple can sue her for defamation (I'm not a lawyer, but this seems obvious) (HackerNews) [100]

10

- **20 Nov 2021:** The most likely outcome is that Apple connects the account to you, uses the fact that you've spoken about it to bring it up in court, and then uses your post history against you. Nuke the account and hope for the best. (Reddit) [101]

11

- **9 Jan 2022:** Did you just admit to intimidating an Apple defense witness? Do you know that is a crime in the state of California? It doesn't matter if the trail is ongoing/pending or not. I think you may have already committed a federal crime. Talk with your lawyer. "Applies to tampering with witness in "proceedings before congress, exec departments, and admin agencies, and to civil and criminal judicial proceedings, including grand jury proceedings….. [links]. 18 U.S. Code § 1512 (Twitter) [102]

12

13

- **3 Feb 2022:** I hope all of this effort depletes your funds and support so maybe you go take a vacation and ponder doing something else. You are not a hero for whistleblowers, you are just a hero for Ashley Gjovik. (Twitter) [103]

14

15

- **5 Feb 2022:** When federal agency employees are having operations meetings about someone's behavior because it is unprecedented -- you'd think they'd recognize they are being abusive and should re-evaluate their actions. (Cher Scarlett) [104]

16

- **5 Feb 2022:** In my conversation with the federal agency about what occurred, and to avoid disparagement and defamation, I told them matter-of-factly what happened and they recommended I

17

18

[97] Apple Insider, https://forums.appleinsider.com/discussion/223902-
[98] Twitter, https://twitter.com/AllonsyAlonso85/status/1437331437611634689
[99] Reddit, https://www.reddit.com/r/apple/comments/pt91m5/comment/hdv964m/,
[100] HackerNews, https://news.ycombinator.com/item?id=28830236 ,
https://web.archive.org/web/20220129213718/https://news.ycombinator.com/item?id=28830236
[101] Reddit, https://www.reddit.com/r/apple/comments/qynkjj/bloomberg_apple_ceos_antileak_edict_broke_law/,
[102] Twitter Direct Messages, see screenshots
[103] Twitter, https://twitter.com/one_more_time_2/status/1489748938051620864,
[104] Twitter, https://twitter.com/cherthedev/status/1490048667805356032,

19

20

21

22

23

24

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

report this person to the FBI for extortion. Being a witness does not give you a license to abuse. (Cher Scarlett)[105]

- **5 Feb 2022: Multiple people reported this person for their behavior to their University** as far as I know, and the agencies currently involved do not know what to do as they've never had this happen in nearly 100 years. **It's disturbing that the authorities have to get involved.** (Cher Scarlett) [106]
- **5 Feb 2022:** It is, yes, and it's **why the judge found my anti-harassment order may have merit and ordered a hearing.** (Cher Scarlett) [107]
- "I only did this because she was asking people to take her at her word about the lies" No. She told *multiple people* it's because **she thinks I'm testifying against her on Apple's behalf. She was even told by the NLRB I was only cited.** And she tweeted it (physical copy) (Cher Scarlett) [108]
- She decided to go on a tirade that **ended in false CPS reports** & my family being harassed (Cher Scarlett)[109]

---

[105] Twitter, https://twitter.com/cherthedev/status/1490052091733164032,
[106] Twitter, https://twitter.com/cherthedev/status/1490053004791218177,
[107] Twitter, https://twitter.com/cherthedev/status/1490079021844996098,
[108] Twitter, https://twitter.com/cherthedev/status/1490105751020269578,
https://web.archive.org/web/20220205233350/https://twitter.com/cherthedev/status/1490105751020269578
[109] Twitter, https://twitter.com/cherthedev/status/1490106738317545472,
https://web.archive.org/web/20220205234743/https://twitter.com/cherthedev/status/1490106738317545472

1

2

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

3

4

## LAWFARE: COERCION TO WITHDRAW CHARGES & COMPLAINTS

- **12 Aug 2021: If I receive anything from the police regarding a restraining order from you,** the following below email goes directly to Tim Cook and Diedre O'Brien. (Christy Dehus) [110]
- **9 Sept 2021:** Apple has determined that you have engaged in conduct that warrants termination of employment, including, but not limited to, **violations of Apple policies. You disclosed confidential product-related information in violation of Apple policies and your obligations under the Intellectual Property Agreement (IPA).** We also found **that you failed to cooperate and to provide accurate and complete information during the Apple investigatory process.** (Termination Letter)
- **9 Sept 2021:** Exactly, she's "badass" with a part-time Santa Clara JD, **she's going to get steamrolled** lololol (Reddit) [111]
- **9 Sept 2021: Her downfall is her hubris to think her Santa Clara law student status can battle** an entire team of internal and external harvard/Yale/Stanford lawyers with experience (Reddit) [112]
- **9 Sept 2021:** I miss the old days when we didn't let the mentally ill freely roam about the streets. We **locked them up and put them in facilities for their own good and for the good of everybody else.** (Reddit) [113]
- **9 Sept 2021:. It would be in your best interest to drop ideas of suing, or attempts at dragging them through any spiteful dirt, as it'll co$t you.** If not, seek counsel. (Twitter) [114]
- **10 Sept 2021:** Pride b4 fall. **Got herself fired, so no settlement.** Broke her contract with Apple, **so no settlement.** Made the choice to take it to Twitter, a Big mistake. Like the poster said, there are ways to do things, but she chose to do them her way, **which led to a costly highway if sues.** (Twitter)
- **10 Sept 2021:** My guess is **she got greedy.** The core of her issue lies in money aka "sexism." Or **Apple would want to settle with her,** but instead she pridefully decided not to meet with them so who knows if she might have been **fired with a healthy settlement,** but instead **she's poisoned herself.** (Twitter)
- **doubt a reputable lawyer would even come near her case.** A retainer fee for what she's going up against will most certainly make her go broke. And then if she loses, a judge can make her pay all of Apple's and Irvine Company's legal fees. How's that for hubris. Lol (Apple Insider)
- **10 Sept 2021: Sure law firms will take her hard earned income/stock payout.** (Twitter)
- **11 Sept 2021:** Given how weak her case is, **I doubt any lawyer will take it hoping for settlement.** (Apple Insider) [115]
- **11 Sept 2021: Apple will want to make an example of this psycho woman and will not settle.** so I don't think this will go forward [116]
- **11 Sept 2021:** Sue Apple's army of Ivy League lawyers with what money? **Is she going to represent herself with a T3 law degree. I'm afraid she will get steamrolled.** (Apple Insider) [117]

---

[110] Emails, see screenshots
[111] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[112] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[113] Reddit, https://www.reddit.com/r/apple/comments/plcc8i/apple_fires_senior_engineering_program_manager/;
[114] Twitter, https://web.archive.org/web/20210910144621/https://twitter.com/DonnaW218654/status/1436332518370791425
[115] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[116] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[117] Apple Insider, https://forums.appleinsider.com/discussion/223902;

### ASHLEY M. GJØVIK
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 23 of 327**

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **11 Sept 2021**: The passive-aggressive profanity ridden vindictive Tweets will not win sympathy from a judge or juror. (Apple Insider) [118]
- **11 Sept 2021**: Sometimes winning is learning when to walk away and starting new. Living a happy life (Success) is the best revenge. [119]
- **11 Sept 2021**: She lost a solid Apple salary, RSUs (~millions had they vested) and platinum healthcare benefits plus other perks- and for what to be a "badass" ?? A very costly delusion. Good luck to Ashley Gjovik, she's going to need it! [120]
- **10 Sept 2021**: Don't sign then talk, especially when still working for a TRILLION dollar company who would drag a suit out until she is broke. Leave if internal methods failed. Now can't sue since fired. And now HER dirty laundry is public knowledge so other companies will be hesitant to hire. (Twitter)
- **10 Sept 2021**: Since Ashley Gjovik took it to Twitter, so did Apple. If Apple employees are issued company iPhones they have a right to request all they did, same with non-disclosure agreements, which appears how the seasoned employee might end up giving them her saved pay back in legal fees. (Twitter) [121]
- **10 Sept 2021**: It's not worth it. Just let go of this whole drama, and get a job at some company that agrees with your views, one that can satisfy your every demand. You really are not anything in tech apart from some manager that once worked at Apple. Life is hard and has injustices and wrongs. You won't change this. (Email) [122]
- **11 Sept 2011**: Her suing would be the worst thing for her. They'll throw her some equivalent of pocket change at her, make her sign an NDA and shut her up (AppleInsider) [123]
- **12 Sept 2021**: there's no conspiracy she broke Apple's number one rule. She talked to the press while still employed. She is never going to work in tech again and since she is going to lose the lawsuit she should just apply to fast foods right away. (Twitter) [124]
- **17 Sept 2021**: It will take the NRLB 5 seconds to figure out that Ms Ashley is a complete psychopath in addition to claiming a compliment from superior is harassment (Apple Insider) [125]
- **20 Sept 2021**: "Ballpark idea how much your legal fees will be to take on Apple? I imagine $100K is not nearly enough." [126]
- **9 Oct 2021**: What she is doing now might really harm her ability to ever get hired again by a company in SV. (HackerNews) [127]
- **9 Oct 2021**: She doesn't want to move on with her life. … Who would ever want to hire her again, or provide her housing (after her whole anti-apartment rant toxicity rant)? (HackerNews) [128]

---

[118] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[119] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[120] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[121] Twitter, https://web.archive.org/web/20210910192103/https://twitter.com/MrNeoTheOne/status/1436408724839706630
[122] John Pratt, jpratt@redesign.codes; IP 68.12.230.58 (Oklahoma City, Oklahoma)
[123] Apple Insider, https://forums.appleinsider.com/discussion/223902;
[124] Twitter, https://twitter.com/AllonsvAlonso85/status/1437335489611280384
[125] Apple Insider, https://forums.appleinsider.com/discussion/224041;
[126] Twitter, https://web.archive.org/web/20210921153056/https://twitter.com/gbluvsf/status/1440010981388652545
[127] HackerNews, https://news.ycombinator.com/item?id=28813010.
[128] HackerNews, https://news.ycombinator.com/item?id=28813010.

### ASHLEY M. GJØVIK
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 24 of 327**

---

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **20 Nov 2021:** The most likely outcome is that Apple connects the account to you, uses the fact that you've spoken about it to bring it up in court, and then **uses your post history against you.** Nuke the account and hope for the best. (Reddit)[129]
- **8 Dec 2021:** Remember what Jesus Christ taught about retaliation. **You are retaliating back at Apple.** Matthew 5:38-4 *"You have heard that it was said, 'An eye for an eye and a tooth for a tooth.' But I say to you, Do not resist the one who is evil. But if anyone slaps you on the right cheek, turn to him the other also. And if anyone would sue you and take your tunic, let him have your cloak as well. And if anyone forces you to go one mile, go with him two miles..."* (Email)[130]
- **1 Jan 2022:** **Apple honestly doesn't care about you.** (David Evans)[131]
- **7-8 Jan 2022:** Cher attempting to get me to ask the Wikipedia arbitration committee to stop investigating an account harassing me
- **11 Jan 2022:** "I think you're making life hard for yourself, and **looking for a fight where there honestly wasn't one.** It's probably best for your mental and even physical health **to just move on.**" (David Evans)[132]
- **15 Jan 2022:** You should probably get a clue that if Twitter doesn't even care about the alleged "wrongs" perpetrated against you that **a court of law probably isn't going to either** (Twitter)[133]
- **3 Feb 2022:** I don't think there's nice things in there, nor do your opinions of others sound nice either. It **seems hypocritical to make a 200+ NLRB complaint** but not share written inventory of those YOU have offended with your words and actions.[134]
- **3 Feb 2022:** **Now people will associate whistleblowing with this 200+ page NLRB complaint** that is too saturated with bias. Your bias. It's unconscionable how you shared so many names.[135]
- **3 Feb 2022:** **You deserve any dissent and I hope those people you named get Justice against you, because you have really been unfair, a bully, supremely egotistical, and just really a sad joke with your NRLB complaint.**[136]
- **3 Feb 2022:** **I hope all of this effort depletes your funds and support** so maybe you go take a vacation and ponder doing something else. You are not a hero for whistleblowers, you are just a hero for Ashley Gjovik.[137]
- **3 Feb 2022:** I hope my opinions live on with the internet. Because I hope the internet **can see how the 200+ page NLRB complaint is a long stretch to call opinions on the internet "propaganda."** Thank god there is freedom on the internet to have opinions. Thank god for first amendment![138]
- **3 Feb 2022:** **Also, you waste government resource on your TRO.** That's for people who are victims of DV, but you file it because you don't like what someone says about you. Shame on you.[139]

[29] Reddit, https://www.reddit.com/r/apple/comments/qvmkii/bloomberg_apple_ceos_antileak_edict_broke_law/.
[30] The Messenger, IP 74.82.60.40 (Fremont, California 94536), (**Corporate IP,** Hurricane Electric)
[31] Twitter, https://twitter.com/DaviddE_94/status/1477413910680645638.
[32] Email, see screenshots
[33] Twitter, https://twitter.com/FirstNa47437596/status/1482203004371488771.
[34] Twitter, https://twitter.com/one_more_time_2/status/1489746254372347905.
[35] https://twitter.com/one_more_time_2/status/1489748197891137537.
[36] Twitter, https://twitter.com/one_more_time_2/status/1489748553501057025.
[37] Twitter, https://twitter.com/one_more_time_2/status/1489748938051620864.
[38] Twitter, https://twitter.com/one_more_time_2/status/1489753276492881925 .
[39] Twitter, https://twitter.com/one_more_time_2/status/1489753945035526144.

**ASHLEY M. GJOVIK**

Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University

Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

**Page 25 of 327**

## ASHLEY GJOVIK V APPLE INC
### INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- **5 Feb 2022: Please remove my tweets that cannot be reasonably justified to be connected to you from your January NLRB memo.**(Cher Scarlett) [140]
- **5 Feb 2022: I am worried about what will happen to your mental health if any of your cases are dismissed due to any impropriety. (Cher Scarlett)** [141]
- **5 Feb 2022: You need to delete my tweets from your memo** that contain personal information about me and my family (Cher Scarlett) [142]
- **5 Feb 2022: You need to remove all assertions that I am accounts trolling you]** (Cher Scarlett) [143]

-

---

[140] Unsolicited email via website webform on Feb 5 2022 (see PDF)
[141] Unsolicited email via website webform on Feb 5 2022 (see PDF)
[142] Unsolicited email via website webform on Feb 5 2022 (see PDF)
[143] Unsolicited email via website webform on Feb 5 2022 (see PDF)

**ASHLEY M. GJOVIK**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021
**Page 26 of 327**

# EXHIBIT E

1      **Exhibit E: District Court Motions**

Ashley M. Gjovik
Juris Doctor Candidate
Public International Law Certificate Candidate
Santa Clara University, Class of 2022

# State of Washington, King County District Court

## East Division, Redmond Courthouse

**Case No.:** 22CIV01704KCX

**Order** re: Petition/Motion Harassment

MS. CHER SCARLETT

    Petitioner,

v.

MS. ASHLEY GJOVIK

    Respondent.

**Trial Date:** Feb 15 2022

**Honorable Judge Lisa O'Toole**

**Motions:**

**Dismissal with Prejudice under**
- RCW 5.105.020 (Anti-SLAPP)
- RCW 4.24.510 (Public Policy)

**Counter-Claim**
- Civil Rule 11 Sanctions
- Fines under RCW 4.84.185

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**State of Washington | King County District Court**
East Division, Redmond Courthouse
ORDER RE: PETITION/MOTION HARASSMENT | NO. 22CIV01704KCX

### Respondent's Motions

### Dismissals

#### Motion 1: Dismissal due to UPEPA (RCW 5.105.020)

Scarlett failed to establish a prima facie case as to each essential element of harassment, thus under RCW 4.105.060(1)(i), the case should be dismissed with prejudice & noting under RCW 4.105.090 that the Gjovik prevailed under the motion. Scarlett's request for a harassment order against Gjovik is not grounded in fact or law. The request also serves an improper purpose as it attempts to further intimidate and retaliate against a federal and California state witness, victim, and informant. Scarlett's request is an extension of her concerted effort to coerce Gjovik to withdraw, alter, and omit statements to government bodies, statements on issues under consideration by government bodies, and chill, if not restrict, Gjovik's exercise of First Amendment free speech on matters of public concern.

UPEPA (RCW 4.105.010) applies to no-contact orders (9) if the requested order against Respondent arises from any act of Respondent, related to the gathering, receiving, posting, or processing of information for communication to the public, for the creation, dissemination, exhibition, or promotion of a literary, political, or journalistic work regardless of the means of distribution, no matter the method or extent of distribution. As noted in RCW 5.105.901, the state of Washington's Anti-SLAPP laws are to be broadly construed and applied to protect the exercise of the right of freedom of speech and of the press, the right to assemble and petition, and the right of association, guaranteed by the United States Constitution or the Washington state Constitution.

Gjovik's Demand:
- Dismissal with prejudice

ASHLEY M. GJOVIK, B.S., P.M.P.
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

Page 2 of 5

**State of Washington | King County District Court**
East Division, Redmond Courthouse
ORDER RE: PETITION/MOTION HARASSMENT | NO. 22CIV01704KCX

## Motion 2: Dismissal due to Public Policy (4.24.510)

Scarlett threatened, harassed, and coerced Gjovik to withdraw allegations about her from Gjovik's government charges to at least the U.S. NLRB. Scarlett is using this this petition to further intimidate Gjovik and is using a civil action to deter Gjovik who simply wishes to report information to federal agencies. RCW 4.24.510 was enacted to protect whistleblowers exactly like Gjovik from actors exactly like Scarlett. Scarlett's extensive Tweeting the last two weeks about filing this request, ordering a process server, the "first hearing," Tuesday's hearing, and her plans to "testify" to Washington legislatures this week about Gjovik; do not just intimidate Gjovik, but Scarlett's statements intimidate other Apple employees who might want to report Apple's unlawful actions to the government but who are now in fear of being publicly attacked by Scarlett like Gjovik has been for months.

RCW 4.24.500 was enacted to protect good faith communications to government agencies, noting: "information provided by citizens concerning potential wrongdoing is vital to effective law enforcement and the efficient operation of government. The legislature finds that the threat of a civil action for damages can act as a deterrent to citizens who wish to report information to federal, state, or local agencies. RCW 4.24.510 provides immunity from civil liability for communications to government agencies. The law states: a person who communicates a complaint or information to any branch or agency of federal or state government is immune from civil liability for claims based upon the communication to the agency or organization regarding any matter reasonably of concern to that agency or organization. A person prevailing upon the defense provided for in this section is entitled to recover expenses and reasonable attorneys' fees incurred in establishing the defense <u>and in addition shall receive statutory damages of ten thousand dollars.</u>

**Gjovik's Demand:**
- Dismissal with prejudice
- Good faith waiver of the $10,000 statutory fine
- Request of Nominal Damages of $1.00

ASHLEY M. GJOVIK, B.S., P.M.P.
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

Page 3 of 5

**State of Washington | King County District Court**
**East Division, Redmond Courthouse**
ORDER RE: PETITION/MOTION HARASSMENT | No. 22CIV01704KCX

## Fines & Sanctions

### Motion 3: Frivolous Claims (RCW 4.84.185)

Scarlett's request for this order was frivolous & advanced without reasonable cause. Thus, Scarlett should pay reasonable expenses to Gjovik for costs incurred in opposing the acting. Courts have inherent authority to facilitate the orderly administration of justice. RCW 2.28.010(3) provides that "every court of justice has power to provide for the orderly conduct of proceedings before it or its officers." This authority provides broad power for courts to address abusive litigation tactics.[1]

**Gjovik's Demand:**
- Nominal Damages of $1.00

---

[1] *Yurtis v. Phipps*, 143 Wn. App. 680, 693, 181 P.3d 849 (2008) ("In Washington, every court of justice has inherent power to control the conduct of litigants who impede the orderly conduct of proceedings. Accordingly, a court may, in its discretion, place reasonable restrictions on any litigant who abuses the judicial process.")

ASHLEY M. GJOVIK, B.S., P.M.P.
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

Page 4 of 5

**State of Washington | King County District Court**
East Division, Redmond Courthouse
ORDER RE: PETITION/MOTION HARASSMENT | NO. 22CIV01704KCX

## Motion 4: Civil Rule 11 Sanctions (Sua Sponte)

Scarlett's request for this order was the type of abusive litigation tactics which Rule 11 was established to curb. The request was baseless, not grounded in fact, not warranted by law or good faith argument, and was submitted for improper purposes: to harass & intimidate, to coerce withdrawal of legal charges, to retaliate, and to delay administrative investigation into the Scarlett.

Scarlett's request is abusive to the judicial system, disrespectful to the time and resources of the Washington courts, and is in itself procedural harassment.[2] Rule 11 applies to every motion submitted to the court, including no-contact orders.[3] Self-represented litigants may be sanctions under Rule 11.[4]

**Gjovik's Demand:**
- Nominal Damages of $1.00
- Large sanction on any future meritless and/or retaliatory litigation against Gjovik in Washington state courts[5]

---

[2] *Bryant v. Joseph Tree, Inc.*, 119 Wn.2d 210, 219, 829 P.2d 1099 (1992).
[3] *Miller*, 51 Wn. App. at 302-03 (holding that an affidavit was improper under CR 11); *MacDonald v. Korum Ford*, 80 Wn. App. 877, 881-82, 911 P.3d 1052 (1996) (holding that party violated CR 11 because it pursued claim even after deposition revealed it to be frivolous).
[4] *In re Lindquist*, 172 Wn.2d 120, 136, 258 P.3d 9 (2011).
[5] Washington Courts, *DV Manual for Judges 2015 Appendix H-10 Washington State Administrative Office of the Courts*, https://www.courts.wa.gov/content/manuals/domViol/appendixH.pdf

ASHLEY M. GJOVIK, B.S., P.M.P.
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

Page 5 of 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT F

**Exhibit F: Gjovik's Respondent Reply (Table of Contents)**

**State of Washington | King County District Court**
East Division, Redmond Courthouse
ORDER RE: PETITION/MOTION HARASSMENT | NO. 22CIV01704KCX

# Respondent's Reply

**Table of Contents**

GJOVIK'S REPLY TO SCARLETT'S ALLEGATIONS .................................................................................3

REPLY: GJOVIK'S ACTIONS ARE NOT HARASSMENT .........................................................................8

    GJOVIK DID NOT HAVE A WILLFUL COURSE OF CONDUCT DIRECTED AT SCARLETT ....................8
    GJOVIK'S CONDUCT WAS LEGITIMATE AND LAWFUL ..........................................................8

REPLY: SCARLETT'S ACTIONS ARE HARASSMENT ...........................................................................10

    SCARLETT HAS A WILLFUL COURSE OF CONDUCT DIRECTED AT GJOVIK ..............................10
    SCARLETT'S CONDUCT WAS ILLEGITIMATE AND UNLAWFUL ..............................................13

APPENDIX I: SUMMARY .............................................................................................................15

    PETITION FOR AN ORDER FOR PROTECTION – HARASSMENT (PTORAH) ...............................15

APPENDIX II: ABUSIVE LITIGATION ............................................................................................16

APPENDIX III: SELECT SCARLETT QUOTES (ANIMUS) ....................................................................17

    CHER SCARLETT (APPLE LEGAL & GLOBAL SECURITY) ...................................................17
        *Response to Gjovik's NLRB Filing* ........................................................................17
        *Response to Gjovik's Retaliatory Termination* .......................................................17
        *Response to Gjovik's EEOC/DFEH Charge & "Right to Sue"* .....................................18
        *Admission to Blacklisting* ...................................................................................18
        *Response to Gjovik Reporting Unlawful Conduct to the Gov* ....................................18
        *Response to Gjovik's Retaliatory Suspension* ........................................................19
        *Response to Gjovik's Fed Witness Intimidation / Threats / Retaliation Complaints* ......19
        *Response to Gjovik's SEC Whistleblower Tip* ........................................................20
        *Retaliatory Litigation* .......................................................................................20

**ASHLEY M. GJOVIK, B.S., P.M.P.**
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 2021

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT G

**Exhibit G: Web Host Complaint**

**[8] Web.com Customer Support [OEML-136079]**

From    → 🔒 noreply@web.com                                            ☆ 🟩 📎 March 2nd, 2022

To      Ashley Gjovik <ashleygjovik@icloud.com>                                         ⌃

Wednesday, March 2nd, 2022 at 6:56 AM

🔴 This email has failed its domain's authentication requirements. It may be spoofed or improperly forwarded! Learn more

[🚫] [🗑] [⋯]   [▽] [▢] [🏷]                                              [←] [⬿] [→]

# web.com

Dear Ashley,

Thank you for contacting Web.com. We are committed to assisting people in taking action against fraudulent activity.

Web.com has received the complaint below regarding website activities associated with your domain name ashleygjovik.com. Please take a moment to review the complaint and respond directly to the Complainant to address any issues to resolve the complaint.

From: me@cher.dev

Subject: Inappropriate Content - Child pornography complaint
Domain: ashleygjovik.com
Description: I have a protection order (attached) against the person who owns this domain and posted this document. This disallows her from continuing to post about me and my family, which is the majority of this document.

The file is located here: https://www.ashleygjovik.com/uploads/1/3/7/0/137008339/ashley_gjovik_v_apple_inc_-_intimidation_and_threats_evidence_report.pdf
Attachments: C3E65AB7-5A8C-4865-BA13-349BDF2A9492.jpg,F7A18629-3BA3-485A-B68B-5FE0F7591243.jpg

I hope this information has been helpful. We appreciate your business!

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT H

**Exhibit H: Post-Order Political Introduction**

**Mark Blair**

| | |
|---|---|
| **From:** | Cher <me@cher.dev> |
| **Sent:** | Wednesday, March 30, 2022 9:38 AM |
| **To:** | Mark Blair |
| **Subject:** | Connection for your client |

Mr. Blair:

While I do not wish to contact your client, or you, I also do not wish to hinder progress on issues with both care about.

A candidate for the Oregon House reached out to for advice on getting an NDA bill passed in Oregon. I gave him the information I could, but as I only have ties through family in Oregon, it doesn't make a ton of sense for me to be closely involved.

Since your client is from Oregon, and worked at the biggest company there, Nike, I feel she would be a better resource for him than me and wanted to pass along the opportunity for her to connect with him.

His name is Mark Gamba, and here is his information:

Candidate Oregon House District 41
www.markgamba.com
971-404-5274 cell
mark@markgamba.com

I do not require or request a response, and this in no way reflects on my desire to maintain the order as it stands. I maintain that the order is both necessary and valid. I only want to make the world a better place, and I don't think ignoring the possibility that your client can benefit the state of Oregon's own progress in closing contract law loopholes would align with that goal.

Mr. Gamba is unaware of my connection to your client or any of the context or details of my history with her, or our current proceedings and the court order, and for full posterity, this is the email I sent him mentioning the possible connection. I did not mention her name, and have never discussed her with him, nor would I in the future, other than to defend myself if necessary.

Thank you,
Cher Scarlett

Cher Scarlett
Re: more info
To: Mark Gamba

Hey Mark!

Sorry for the delay. I started a new job on Monday and have been working on my book and parenting and all the things!

https://www.multnomahcentral.com/webfile/creator/letter-to-pac-on-equity-coalition-endorsement-ord-sdueez/86390bc9-ef73f-4f6e-83ea-9929f4a1e751/7t34c-3._h5be_manual_.7

This is the letter that was sent by the treasurers, but unfortunately, doesn't look like Oregon signed on!

The Oregon Workplace Fairness Act (SB 726) was enacted in 2019 and went into effect October 2020, and that was their MeToo anti-NDA bill:
https://olis.oregonlegislature.gov/liz/2019R1/Downloads/MeasureDocument/SB726/Enrolled

Kathleen Taylor, Tim Knopp, and Sara Gelser sponsored. Anna Williams and Andrea Salinas in the house would be your allies (assuming they still hold their seats when you get yours).

WCLA and OELA drafted the respective bills, so I think OELA will be a great resource for you as well.

For outreach, we dug into the major local industries and talked about laws that have been broken and victims who are perpetually silenced by abusing contract law to build on top of the MeToo legislature that helps close those loopholes. For WA, that was Agriculture and Tech, and we talked about aerospace because of Boeing.

I would look at agriculture, beer and/or restaurant, manufacturing, and possibly forestry. Since Nike is in Oregon, you're definitely going to have people who can speak from there. I know someone who worked there for a long time and will see if she would reach out.

Finding people who can speak about their experiences with unlawful behavior and NDAs is a very important aspect.

Cheers,
Cher

See More from Mark Gamba

*You cannot do all the good the world needs, but the world needs all the good you can do.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT I

1

**Exhibit I: The February Email**

2

3   From: no-reply@weebly.com
Subject: New Form Entry: Contact Form
Date: February 5, 2022 at 9:58 AM
To: ashleymgjovik@protonmail.com

4

5

6   You've just received a new submission to your Contact Form.
Mark as Spam

7

8   Submitted Information:

9   **Name**
Cher Scarlett

10  **Email**
me@cher.dev

11  **Website**

12  **Business, Institution, or Coalition**

13  **Message**
This is a last resort, not a block evasion.

14  I am reaching out in good faith in the hopes that we can resolve this conflict between us for the good of others, and each other. I will address some of the things I've seen/heard first. I do not wish to escalate, which is why I haven't participated.

15  I apologize for how my actions have made you feel. That does not justify your behavior.

16  Please remove my tweets that cannot be reasonably justified to be connected to you from your January NLRB memo, including medical information and information about my family. Please also remove your tweets that contain my former legal name. You are aware that it was changed for safety reasons, and I spent a long time ensuring they weren't connected anywhere.

17  1) I am not testifying against you, nor on Apple's behalf. I wouldn't do that unless I was subpoenaed, and I don't believe they would have me do that, because cross-examination would allow me to answer questions that would discuss their culture of surveillance.

18  I am named in their defense, which I was only informed of as a courtesy. I am upset by it, given what I've been through, which is why I mentioned it.

19  2) I have lied about my education in the past, and my role, tried to hide my gender, and invented whole companies. I had an infant, was making poverty wages at multiple hourly jobs, and I was trying to survive. I did what I needed to do, including enrolling in college multiple times and withdrawing for the students loans.

20  This is something I've talked openly about for several years in my advocacy against gatekeeping and sexism in tech, and the realities that not everyone in tech is rich. I was also on food stamps until I was almost 30 years old because of my low income, and my kid's dad never paid child support.

21  I've been very open about my past, going far beyond that. I WaPo did a very thorough background check on me and it would have taken more than the limit of 2,000 words to disclose everything. They

22

23

24

ORIGINAL COMPLAINT                    – PAGE 133 –                    ASHLEY M. GJOVIK

chose to disclose the check fraud because it was the most extreme and fewest words.

3) Yes, I am a single parent. My marital status has been public -- I literally posted about when it happened. I've been separated since last July. I have never lived with my husband, and I don't live with him now. I am, however, supporting his household and my own while he works on his career, and makes very meager wages as a laborer. Our relationship is extremely unhealthy and I'm not ready to talk about any of it to the public, so I post occasional happy moments in trying to work on that relationship.

Do you think a parent who has a live-in partner and two incomes is a "single parent"? The point is the financial strain, not whether or not you are married. I don't get child support from my ex. My husband's kids' moms are strung out and can't help financially.

I qualify for food stamps. Does that tell you anything?

I am asking you to please remove his personal information from your Twitter, your NLRB charge, and anywhere else. His criminal history is literally no one's business. He's done his time. He also comes from an abusive home in poverty full of drugs and alcohol. The incident that happened when he was 12 years old was a manifest injustice in which he was also a VICTIM to an ADULT who got found "not guilty" in a trial and all of the information about what that adult did was stricken from my husband's case. We've been working with a program in our county to get it all fixed -- which is why we got married, because it's traumatic for him and legally, I can speak to his FREE attorney on his behalf to keep everything moving forward.

His life was destroyed by a new judge, and he was institutionalized as a child until he was 18. That same judge got us into the program. Words on a piece of paper with no context don't tell you what happened. It is deplorable for you to tell anyone's story based on what you "think" is public and fact.

4) I never called you "a racist". I said you tweeted something racist, "Pulling the race card", and spoke to you about it in a very diplomatic way. I also didn't care for the way you reacted to criticism over it, but still gave you advice on how to learn and grow from it as a friend.

5) Not all of my generalization tweets are about you. Most of them are not about you. While the GFM tweet happened at the same time as yours, there were multiple retail workers who came to me about yours the day you posted it extremely uncomfortable with the fact that you had posted very recently that you made almost $400,000 the year prior and spoke frankly about your financial comfort. The next day, another GFM popped up that was also asking for financial help without a clear use from someone from a place of financial privilege. I never told anyone not to donate to you. I wouldn't do that.

I stand by what I said -- and most of my followers and your followers do not cross over. GFM donations are not taxable. You made it very clear you had a lot of savings and had no financial motivations.

The Simpsons gif was not calling you a child. You are principal Skinner in that reference.

And "eject from amplification" means I blocked you. The tool I have for amplification is Twitter algorithms.

6) That brings me to my next point. I never told the press not to talk to you. You harassed a bunch of journalists using your Twitter account. Why on earth you thought it was somehow my doing, and not a consequence of your own actions is beyond me. My CNBC segment was live. There was no conversation before or after. I didn't even get to prepare, let alone have time to name drop you so they wouldn't talk to you. I didn't even know you were planning to speak with them. We weren't talking anymore at that point.

Even if I wanted to write you out, I don't have the power to do that. I only corrected misinformation, which honestly, I thought I was doing for your benefit. I am worried about what will happen to your mental health if any of your cases are dismissed due to any impropriety. I imagine you were told what I was told when I asked why they weren't covering the EPA stuff - there was absolutely no corroborating evidence and there were questions that couldn't be answered. The ones I spoke to about it were extremely disappointed that there wasn't anything they could write about yet.

You also convinced Chelsey I was trying to erase her from press coverage and the work. I literally talked about her every single time someone asked me about the WA bills, even though I had no idea what work she had done. The piece about Ifeoma was about her impact, not about the WA bill. Chelsey made it super clear she had been working with the senator on NDA law prior to Silenced No More Act. I invited her in to every single thing I was doing once I became aware of her. I talked about her on a podcast that she didn't even know about. I tried to get HER coverage for the EAP bill.

7) While I initially said you lied about being "suspended", though not publicly and to less than FIVE people, I never called you a liar. Those tweets were NOT about you. I was extremely bothered by the fact that you told me you discovered it was an adverse action, and started saying you were suspended,

instead of that you felt forced into requesting the leave. You were never suspended from access to systems, though I do believe you were discouraged from using Slack and communicating with coworkers. I was told not to, and punished for doing it anyway.

I also never argued it wasn't indefinite. They didn't give it an end-date, which is the definition of indefinite.

I also stopped feeling that you were being purposefully dishonest, and empathize with what you were going through because of the situation you were in.

7) I added you to the AppleToo piece as a peace offering. I did not believe you would be okay with being left out. That being said, I'm sorry I picked something you didn't like. I also don't follow you on Twitter... we've blocked each other. You seem to remember me saying I have a shadow account. I don't. I told you I looked at Twitter in private browsing mode to see what trolls/harassers were saying in the past who blocked me back, but that I stopped doing it because ultimately what they want is attention.

The ordering was random, and I had no idea you had a trigger with the article. I essentially know nothing about your past. I have a lot of suicide in my family and I take those things seriously. I made sure you weren't next to a person you didn't like, and didn't do much beyond that.

Also, it wasn't a "rank and file" rating. I only numbered them to show how many they were as a count. Because it's A LOT.

When I said we "connected over our legal expertise" I didn't say you "gave me law advice". Once again, it was a peace offering. Rather than sharing that I felt like you were dismissive of vulnerable people, I pointed to why I re-engaged with you after that, and yes, it was your knowledge about the law I trusted you on it, and not because I was taking legal advise, but because you helped me navigate to important parts of law that I wouldn't have known about, and told me I could ask for things of a lawyer I didn't know I could ask for. It was a COMPLIMENT.

8) Yes, I reported you to the FBI. I was in a terrible place mentally, had relapsed, and you were posting private/personal information about me because you thought I was testifying against you and just to do me harm, and I was BEGGING you to stop via Melissa, and you took it upon yourself to try to capitalize on my distress by finding a way to make a material gain via GFM and Twitter. It's abusive, Ashley. And another government agency with insight into this suggested I report it to the FBI because they believe what you did was a federal crime.

My family is now being harassed because of you. You didn't block out my mother's name on your post about her, and her facebook is not locked down, and she has my daughter and the rest of my family members on display.

Please remove the images of my facebook, my mother's facebook, and any other of my family's social media accounts.

And btw, saying because in the ONE family photo we have from 1989 (which is absent a fucking FATHER, btw) my mom is wearing makeup is such an offensive, classist remark. Poor people can wear makeup. They can also purchase a used ottoman with tassels at 60 years old. Poor people don't need to be resigned to having nothing. They also tend to treat themselves when they get a bit of money because barely surviving is MISERABLE.

I happen to eat at TV trays because I can't afford a dining room table and chairs. My mom had those things.

Also, she was an administrative assistant at construction companies, she didn't "sling concrete". The people who did that made way more money than she did and they were in a union.

9) It is my opinion that your retaliatory discharge is hard to prove because the onus on Apple is only to prove that they would have fired you anyway. Given our text exchange, I don't believe it is. I do apologize for talking about it on Blind and sharing my opinion there, but that is not a crime and it wasn't due to Apple's culture or being some kind of controlled opposition. When I said to you, "oh so you're just in full-on fuck it mode," I was communicating this very thing to you. Did I report you for it at that time? No. Not because I didn't believe it was an IP leak (there were internal documents of unreleased tools), but because you believed it was invasive and an example of surveillance culture at the company.

When you started saying you did NOT leak IP and saying it was because of photos you took of yourself on your phone, I was confused, because you seemed to be pretty well aware of what you were doing when you sent all those documents to Zoe and stood by it.

When I said to Dawn I could get behind you saying you believed it was a PROTECTED leak, but not

When I said to Dawn I could get behind you saying you believed it was a PROTECTED leak, but not that it didn't happen, I wasn't talking about TO ME. I was talking about publicly. I was literally saying if you said the same thing to the press and on Twitter you had said to me I would have been supportive. I couldn't support what you were doing.

I also wanted to warn her that what you told me was different than what you told her. Because it was. You told me they declined both of your asks in July to be placed in a new position on another team and your paid exit. You told me that I should tell my lawyer I'm not willing to sign an NDA, and that that was your plan. You also told me MORE THAN ONCE about the no lawyer would take you unless you got fired. Once was in the text you shared, the other was when you were SCREAMING at me on FaceTime because you were upset about the Signal group criticizing your behavior and motivations. I had said that we were in far more privileged places than others -- both because we're white and cisgender, and me for my career tenure; you for your savings. You were extremely upset and worried by the idea of tying our issues together, and being associated with unionizing and Corey Moll, even telling the Signal group that your moral character examination could be at risk.

10) My outing myself as the confidential source and SEC whistleblower was not "self-sabotage" in the way you think it was. There needed to be something on the public record so that shareholders had the ability to either vote, or sue over the no-action. SEC tips are not public. In order for journalists to write about this, they needed 5+ NDAs "anonymously on background". One journalist accomplished that, with my confidentiality in tact, and a story was written and scheduled. After editing, the story got canned because it was "no longer news". Do you know whose AppleInsider piece on a whistleblower tip which contained absolutely no material information shareholders could use caused that? Yours. No one was willing to give their NDAs to yet another journalist who might publish. No one was willing to go on the record. I sacrificed my severance, COBRA, and attorney's fees so that the public would have actual evidence of the clauses.

11) I did not report any harassment to Twitter from you except yours to me. I did not say who I alerted, I just said "them". Implying that people are trying to have you assassinated or cause you to kill yourself, me included, is extremely harmful, and I alerted APPLE about the chain of tweets involved in doing so. I was criticizing both Apple and Twitter for applying the rules to the new protocol about the team and current employees, but not the tweets about me and my family which fell under the SAME rules. I deleted the tweets because a dozen people who DID report them to Twitter got notice they were deleted. They didn't realize it didn't include the ones of me and my family, and I wrongly assumed they checked.

12) I blocked Kate and JeansSquirrel or whatever because both of them were amplifying harassment, including actual defamation, of me. I also told that to Kate, who I only unblocked to ask to stop punching down on the other hundreds of Apple employees involved in organizing because I'm helping them.

13) I have stood up for you repeatedly. Even IN some of the threads you claim are me harassing you. It's extremely frustrating to watch you try to make something true because you think it is, but I guess this is the kind of thing that will make you a good lawyer.

Even in one of the posts you claim is discrimination because you... don't have kids... I said I was WORRIED for you. I am. I was saying you'd be fine financially because YOU TOLD ME you had plenty of savings to weather the storm. You also told the entire internet that on Twitter when you patted yourself on the back for how smart you'd been about saving and investing. You cut out the context that made it clear I was saying you'd be fine financially, which I'm sure, I shouldn't have shared my opinion on Blind, but frankly, I was sick of being attacked because of your behavior in spite of my own being very different.

I feel that you have been treated terribly by Apple, and in spite of my personal issues with you, I want you to have justice, not only for the common good, but because having a government body hold an abusive corporation accountable is validating and therapeutic. The DFEH lawsuit against Blizzard changed me in a very good way.

-----

I'm sure there's plenty more things that are mixed in there but the main take aways are:

1) I hope you get justice
2) I apologize for sharing my personal opinion about the difficulty in proving your case, and sharing that you leaked internal docs/IP
3) I apologize for sharing my personal opinion that you would be fine financially
4) You need to delete the posts about my family and those that contain my previous legal name
5) You need to delete my tweets from your memo that contain personal information about me and my family, including my previous legal name, my medical information, any and all things pertaining to my family
6) You need to remove all assertions that I am accounts trolling you

Sincerely,
Cher

**Are you looking for a response?**
No reply required

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT J

**Exhibit J: The Washington Post Profile**

*The Washington Post*
*Democracy Dies in Darkness*

Tech   Help Desk   Future of Transportation   Innovations   Internet Culture   Space   Tech Policy   Video Gaming

TECHNOLOGY

# She pulled herself from addiction by learning to code. Now she's leading a worker uprising at Apple.

Cher Scarlett is willing to risk a dream job at Apple to blow the whistle on alleged labor violations at the iPho

 By Reed Albergotti

Updated October 14, 2021 at 9:25 a.m. EDT | Published October 14, 2021 at 9:14 a.m. EDT



Cher Scarlett, 36, posing near her home in Kirkland, Wash. (Stuart Isett for The Washington Post.)

**https://www.washingtonpost.com/technology/2021/10/14/apple-worker-[Redacted]**

Cher Scarlett grew up poor and dropped out of high school. As a teenager, she struggled with addiction, danced as a stripper and tried to overdose on pills. Her ticket to a better life was learning to code. Last year, she became perhaps the least probable member of Apple's elite software engineering corps.

But the storied tech giant, Scarlett says, turned out to be a place that blithely enables discrimination against women and other historically underrepresented groups, including disabled people. So, despite her plush new salary and a newfound sense of financial security, Scarlett, 36, says she decided to speak out, becoming one of a tiny number out of tens of thousands of Apple employees to publicly criticize the company.

"Apple does not care about its employees. It cares about money," Scarlett said in an interview. "Maybe that's capitalism, and that's just the way corporations are. But I can't live my life further accepting it and not saying something about it."

Apple declined to comment on her specific allegations or specific employee matters, and said it is committed to a positive and inclusive workplace.

Scarlett's story as told to The Washington Post is part of a growing chorus of tech workers — many of them women — challenging the power centers of Silicon Valley, where some of them allege companies are still run like frat houses and discrimination against women and racial minorities continues to make headlines. In recent years, more than 20,000 Google employees staged a walkout to protest sexual misconduct and inequality, while Black women at Pinterest accused the company of discrimination and retaliation. Just last month, Amazon settled a wrongful termination suit against two women it fired after they publicly criticized the company's climate policies.

The activists have chalked up some victories. In January, Google employees formed a union, a rarity in an industry that generally pays well and rewards employees with stock options worth hundreds of thousands of dollars. Meanwhile, California courts had begun whittling away at the power of nondisclosure agreements, an essential element of a top secret culture that publicly punishes dissenters.

Large companies, though, still have the upper hand. Most tech employees fear speaking about the companies they work for, lest they be discovered by myriad corporate surveillance techniques that have only gotten more sophisticated with new technology. Nowhere is that more true than at Apple, whose CEO Tim Cook, in the wake of employees speaking out about working conditions, sent a companywide memo about the company's efforts to ferret out leakers.

That began to change this summer, with the rise of the #AppleToo movement. In largely anonymous testimonials, more than 500 employees — many working at Apple's more than 500 global retail stores — have accused the company of erecting "an opaque, intimidating fortress" that tolerates "racism, sexism, discrimination, retaliation, bullying, sexual and other forms of harassment."

Scarlett has become the face of the #AppleToo movement, a role that evolved from her brutally honest presence on Twitter, where she goes by @cherthedev and has amassed 46,000 followers.

On Twitter, Scarlett has openly discussed the messy details of her life, and her feisty presence on the platform has quickly made her a magnet for Apple colleagues having difficulties with the company. She took to Twitter to encourage women to come forward with stories of sexual harassment at her former employer, Activision Blizzard, and called out an alleged pay gap at Starbucks. "I began to recognize this power of this platform that I have," she said.

Scarlett, who says her mental health has suffered as a result of the harassment she has received from some of her colleagues at Apple, is now on paid medical leave and has retained an attorney who is representing her in negotiations with Apple's lawyers.

"I'm not a corporate shill, but I'm also not throw-away-my-job idiotic,'" she said. "I have to feel good about what I'm putting into the world, whether that's in my job or on social media, whatever. I have to feel good about it. And if I don't, I have to remedy it immediately."

"We are and have always been deeply committed to creating and maintaining a positive and inclusive workplace. We take all concerns seriously and we thoroughly investigate whenever a concern is raised and, out of respect for the privacy of any individuals involved, we do not discuss specific employee matters," said Apple spokesman Josh Rosenstock in a statement.

Scarlett has support from some of her colleagues, most of whom she says will not speak to reporters, for fear of harming their careers.

"She's doing it because she believes in doing the right thing for people and making sure the company we work for is doing the right thing," said Janneke Parrish, a former program manager on the Apple Maps team who was fired by Apple shortly after this article published has helped organize the #Appletoo initiative.

Parrish has talked to Scarlett about her troubled past and how it drives her desire to fight what she sees as injustice. "It is an incredible story," Parrish said. "She's a deeply inspiring figure."

In a series of interviews with The Post, Scarlett described growing up in Kirkland Wash., and being a junior astronaut who wanted to become a scientist and go to space. An avid gamer who created a website for her "guild" in the role playing game Everquest, Scarlett says she studied for the SAT and got a near perfect score.

But her family was poor, she said. Her mother worked for a construction company and her father and stepfather came in and out of her life, she said. Though her memory is fuzzy, she said she was sexually abused as a young child by a family friend. In high school, she began experimenting with drugs and began stripping at 18 to pay for a cocaine habit.

Scarlett says she was forced to perform sex acts on camera at 19. Days later, she says she attempted suicide. She provided information to federal investigators in 2018, which led to the arrest of the perpetrator, and began going by Scarlett, which is not her real name, out of concern for her safety. She is in the process of legally changing it.

She got pregnant at 21, and the decision to have the baby forced her to clean up her act, she says. In 2007, she was pregnant and living in Kirkland, Wash., when she noticed an ad for a web developer position at Luxuryrealestate.com in Seattle. Scarlett had taught herself how to code and dabbled in web development on an early blogging platform called LiveJournal, she says. She could only afford a dial-up connection, so she built the journals and other websites from scratch with more efficient code, instead of using slow, balky programs like Adobe Flash.

"It wasn't even on purpose," she recalls. "It was like I can't use websites. They take too long to load."

So Scarlett built a website specifically for the real estate position, calling herself a "front end developer," a term that describes someone who specializes in the code that powers how websites look. She got the job and soon gave birth to a daughter, Lexi, whom she is raising as a single mother in Kirkland today.

Later that year, she quit to freelance, tumbling back into making self-destructive decisions. In 2009, she said she tried heroin for the first time and began passing bad checks. She says she never got caught, but is still in debt from financial decisions she made at the time. She spent two years in this fog before pulling herself out of the spiral and starting to freelance again.

Then, one day in 2011, a recruiter from USA Today reached out about a web development opening. The company flew her to Tysons Corner in Virginia for an interview and put her up in a hotel, where she was asked to show a credit card or put down a $100 deposit. She had $23 in her pocket. The hotel let her check in, but only after emptying the minibar, she said.

She got the job, along with a five-figure signing bonus — an experience she described as surreal. "How do you just all of a sudden have the thing you need?" she said. "It felt very dissociated and detached from reality, like in someone else's life."

In 2015, Scarlett was recruited by Activision-Blizzard, maker of the hugely popular game "Call of Duty," to work at the company's Southern California offices. Last month, the company confirmed that it is under investigation by the U.S. Securities and Exchange Commission for its handling of allegations of sexual harassment and gender-based discrimination.

At Activision Blizzard, Scarlett said the reality of being a woman in an industry dominated by men began to sink in. In 2016, she said she went to human resources to ask why men doing similar work at the company received higher salaries and signing bonuses while she did not, she says. Nothing happened.

"I was starting to know my value, what I bring to a company," she said. "I was kind of starting to put together this puzzle that I don't think at the time I necessarily realized I was putting together, but I really was finding myself."

Jesiah McCann, Scarlett's manager at USA Today, said she was a talented developer. Chris Giroir, Scarlett's manager at Activision Blizzard, called Scarlett an "incredibly driven" employee and a great colleague who "shows passion with every project she works on and she doesn't stop until she gets it right."

Scarlett went on to work at World Wide Technology, a technology services provider based in St. Louis, then became a lead software engineer at Starbucks, where she joined a successful campaign to address a long-standing gender pay gap.

For the first time, Scarlett also began going to therapy, she said. Since she was a kid, various psychiatrists and psychologists had diagnosed her with bipolar disorder, but she did not believe the diagnoses. Now, she began addressing it and learning how to cope with it.

When Scarlett left Starbucks, she wrote a blog post criticizing the company for paying lower salaries to workers in geographies with predominantly Black and underrepresented groups. It was then that she began to build an online reputation as an activist for workers rights.

In 2019, she left Starbucks for Webflow, a website design company, and wrote a Medium post advocating better pay equity for underrepresented groups.

In November that same year, Scarlett connected on Twitter with Devon Lindsey, an engineer at Apple, who said Scarlett was underpaid and wanted to help find her a position at Apple.

Lindsey followed through in February, recommending Scarlett for a job on the Apple security team, which builds software products for internal use at the company. Lindsey declined to comment. The job offered a $170,000 salary — $23,000 more than Scarlett was then making — and the promise of $128,000 in Apple stock over four years. There was also a $10,000 signing bonus.

When Scarlett got the job, she said, she cried.

"It was just so unreal to me," she said. "I could actually see myself paying off all this debt and being able to retire someday."

Because she was hired during the pandemic, Scarlett never visited the Apple campus in Cupertino, Calif. Still, she liked her manager and her team. For the first year, she said, everything about Apple was "smooth sailing."

"It just felt really good. The team was supportive," she said, even when she had to take an occasional mental health break.

Then some time around 2020 Apple hired Antonio Garcia Martinez, a former Facebook advertising executive who had written a best-selling memoir, "Chaos Monkeys: Obscene Fortune and Random Failure in Silicon Valley." In the book, Martinez referred to women in the Bay Area as "soft and weak, cosseted and naive."

Apple, a company that devotes considerable marketing effort to branding itself as a leader in diversity and inclusion, faced internal and external criticism for hiring someone who appeared to conflict with its stated corporate values.

Several employees reached out to Scarlett for guidance on how to respond to the hire. Scarlett says she raised the issue with human resources, but did not hear back immediately. She ended up helping write a letter condemning the hire. She said she told the authors of the letter to be more assertive. "This man just wrote that we're weak and cosseted," she recalls saying. "So let's not be."

Scarlett said she crossed out a series of "wants" and made them "demands," and alerted her manager that the letter was coming. She heard nothing back, she said. So on May 12, she turned to Twitter.

"I have been gutted, as many other folks at Apple were, with the hiring of Antonio Garcia Martinez," Scarlett wrote. "I believe in the strength of community we have at Apple, & that the culture we've built can weather this. I also believe in leadership to do the right thing, whatever that is."

When the post drew media attention, Scarlett said her managers got in touch, as did Apple's communications department. But they seemed more interested in tamping down bad publicity than in addressing the concerns of Scarlett and other employees, she said.

Garcia Martinez left the company days after the uproar over his hiring. "At Apple, we have always strived to create an inclusive, welcoming workplace where everyone is respected and accepted. Behavior that demeans or discriminates against people for who they are has no place here," a company statement said at the time.

Martinez declined to comment.

Recognizing the power of Scarlett's platform, she said colleagues began asking her to help with everything from harassment to pay equity to the company's strict back-to-office policy. ("Remote work enables disabled folks. Remote work enables caregivers. Remote work enables folks from poverty," she tweeted on June 2.) Scarlett said she also heard stories from Apple employees with disabilities, who said the company discriminated against them or dismissed their concerns.

Meanwhile, stories of sexual harassment began surfacing at Activision Blizzard, so Scarlett used Twitter to funnel victims to a group of women preparing a lawsuit against them.

"There is no place anywhere at our company for discrimination, harassment, or unequal treatment of any kind. We appreciate the courage of Ms. Scarlett and other current and former employees who have bravely come forward and shared their experiences," said Activision Blizzard spokesman Rich George in a statement. "We will fully investigate claims brought to our attention and are committed to the elimination of harassment and discrimination in the workplace."

George said the company has prioritized equal pay for equal work. "It has been our practice for a number of years to specifically take into account our pay equity objectives when making compensation decisions. It is our promise to not let up on this work, and to continue to work towards the removal of any unconscious bias and ensuring equal pay for equal work."

Scarlett also began researching Apple salaries around the country and said she noticed anecdotal evidence of a wage gap. Some employees had tried to do a voluntary wage survey in a company Slack channel, but Apple's human resources department had put a stop to it, Scarlett said.

"I'm pretty sure that's illegal," Scarlett told her colleagues in Slack messages. Federal law prohibits employers from barring their workers from discussing wages. Apple did not comment on the allegation that it shut down the wage survey, or whether it believes the alleged actions violate labor law.

So on Aug. 7, Scarlett launched a wage survey of her own, outside company channels, and filed a complaint with the National Labor Relations Board.

"I realized that I had once again pulled back the curtain, and it was all lies," she said.

Scarlett said her public stance angered some Apple employees, who accused her on the company's internal slack channel, without evidence, of leaking confidential information to the press. She says she has never spoken to anyone outside the company about the work she did at Apple, or leaked confidential information.

On Aug. 17, she hired a lawyer to represent her. On Sept. 21, she requested paid medical leave through the company's Human Resources department, due to what she says are mental health issues caused by the accusations.

Despite debt, both financial and emotional, leftover from a previous life, Scarlett says she is not worried because for the first time in her life she can see a positive future for herself and her daughter, who is living with her in the Seattle area.

"I've gone through much worse," she said. "I know my rights — and I know I can find another job."



Cher Scarlett walks along Lake Washington with her daughter Lexi, who is 14. (Stuart Isett for The Washington Post.)

https://www.washingtonpost.com/technology/2021/10/14/apple-worker-[Redacted]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



**https://www.washingtonpost.com/technology/2021/10/14/apple-worker-[Redacted]**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# EXHIBIT K

**Exhibit K: Wikipedia Article**

WIKIPEDIA

# Cher Scarlett

Cher Scarlett (born 1984 or 1985) is an American software engineer and writer. She is a workers' rights advocate and has organized staff at Apple, Activision Blizzard, and Starbucks.

Scarlett, who has bipolar disorder, experienced struggles in her early life, leading her to drop out of high school and attempt to overdose. Self-taught web development skills from her adolescence in the late 1990s allowed her to overcome a lack of formal education and build a software engineering career after the birth of her child. Scarlett's experiences and observations in a male-dominated occupation led her to become a workers' rights advocate and critic of technology and corporations.

She was a leader of the #AppleToo movement, which gathered and shared stories of mistreatment from current and former Apple employees, and was a founder of Apple Together, a solidarity union, where she remains an advisor. Scarlett also filed complaints against Apple with the National Labor Relations Board and U.S. Securities and Exchange Commission. After months of activism at the company, Scarlett voluntarily resigned with a now-defunct settlement after she says she was harassed, intimidated, and retaliated against.

Scarlett has successfully lobbied for labor laws in Washington state. She also advocated for Apple shareholder proposals regarding civil rights and concealment clauses, the first to be approved by the company's shareholders in more than 10 years.

| Cher Scarlett | |
|---|---|
| *Scarlett in 2021* | |
| Born | 1984/1985 (age 36–37)[1]  Walla Walla, Washington, U.S. |
| Occupation | Software engineer |
| Employer | ControlZee |
| Known for | Workers' rights advocacy |
| Notable work | #AppleToo movement  Apple Together |

## Contents

Early life and education
Career and activism
    2007–2015
    Activision Blizzard (2015–2016)
    2016–2020
    Apple (2020–2021)
        Antonio García Martínez
        Remote work advocacy
        #AppleToo movement and Apple Together
        Pay equity and NLRB charges
        NDA and SEC whistleblowing

https://en.wikipedia.org/wiki/Cher_Scarlett                                    1/22

External links  [edit]

- Official website ⬀ ✐
- Cher Scarlett⬀ on Twitter ✐
- 🜨 Media related to Cher Scarlett at Wikimedia Commons

Categories: 1980s births | 21st-century American women writers | 21st-century American writers | American lobbyists | American people of German descent | American social activists | American social justice activists | American software engineers | American trade unionists of German descent | American whistleblowers | American women activists | American women engineers | American women scientists | American women's rights activists | American women trade unionists | Apple Inc. employees | Blizzard Entertainment people | Computer programmers | Living people | People from Kirkland, Washington | People from Walla Walla, Washington | People with bipolar disorder | People with mental disorders | People with mood disorders | Software engineers | Starbucks people | Trade unionists from Washington (state) | USA Today people | Video game developers | Web developers | Workers' rights activists | Writers from Kirkland, Washington | Volga German people

2021–present

Facial recognition software criticism

Select publications

Legislation
    Whistleblower protection
    Wage transparency

Personal life

See also

References

External links

## Early life and education

Scarlett was born in Walla Walla, Washington,[2][3] and grew up in Kirkland with her mother, who worked in construction. Her father and step-father were mostly absent from her life. She said she grew up poor,[1] coming from generational poverty in a family of farm laborers that settled in Eastern Washington descended from the Volga Germans.[4]

She attended Juanita High School in the early 2000s,[2] and says she earned a nearly perfect score on the SAT.[1] Scarlett was interested in science and video gaming, and says she wanted to be a scientist and go to space after being a junior astronaut and studying biotechnology while in school.[1][5][6] She taught herself to code during middle school, creating a website for her guild in *EverQuest*[1][6] and continued experimenting with web development on the blogging platform LiveJournal.[1]

Scarlett experienced sexual abuse at a young age, and when she was in high school began battling drug addiction, eventually dropping out.[1][7] She also experienced an incident of commercial sexual exploitation,[1][7][8] which led her to a suicide attempt. Scarlett later provided information to federal authorities that led to the arrest of one of the perpetrators in 2018. Prior to starting her career, Scarlett worked as a stripper, but she says getting pregnant prompted her to change her life.[1]

Scarlett also worked in the service industry, including working "overnights" at Krispy Kreme, while her daughter was young.[9]

## Career and activism

### 2007–2015

In 2007, Scarlett worked briefly in a web development position at a real-estate firm. She worked as a freelance developer until 2011, when she was recruited as a web developer at *USA Today*, where her manager referred to her as a "talented developer".[1]

### Activision Blizzard (2015–2016)

## Personal life

In 2009, Scarlett experienced an ectopic pregnancy and underwent an emergency abortion and hysterectomy.[110]

As of January 2022, Scarlett resided in Kirkland with her child, and was married, but did not reside with her husband and his children.[111] She has Bipolar I disorder and ADHD.[1][28][37]

Scarlett is active on Twitter, where she is known for her advocacy for marginalized groups.[1]

## See also

- Timnit Gebru
- Chris Smalls
- Sophie Zhang
- Jaz Brisack
- Emma Kinema

## References

1. Albergotti, Reed (October 14, 2021). "She pulled herself from addiction by learning to code. Now she's leading a worker uprising at Apple" (https://www.washingtonpost.com/technology/2021/10/1

   4/apple-worker-cher-scarlett/). The Washington Post. Archived (https://web.archive.org/web/20211
   014132551/https://www.washingtonpost.com/technology/2021/10/14/apple-worker-cher-scarlett/)
   from the original on October 14, 2021. Retrieved October 14, 2021.
2. Scarlett, Cher. "Cher 🔨 🔧 Principal Software Engineer" (https://cher.dev/about). cher.dev.
   Archived (https://web.archive.org/web/20211027000736/https://cher.dev/about) from the original
   on October 27, 2021. Retrieved November 17, 2021.
3. Cords, Sarah (March 16, 2022). "Blowing the Whistle on Big Tech" (https://progressive.org/api/con
   tent/2798b192-a545-11ec-9e0e-12274efc5439/). The Progressive. Archived (https://web.archive.o
   rg/web/20220331190639/https://progressive.org/latest/blowing-the-whistle-big-tech-cords-22031
   6/) from the original on March 31, 2022. Retrieved March 29, 2022.
4. "House Labor & Workplace Standards Committee - TVW" (https://tvw.org/video/house-labor-work
   place-standards-committee-2022011380/?eventID=2022011380). TVW. Archived (https://web.arc
   hive.org/web/20220120193921/https://tvw.org/video/house-labor-workplace-standards-committee-
   2022011380/?eventID=2022011380) from the original on January 20, 2022. Retrieved January 20,
   2022.
5. Tomlinson, Kerry (August 3, 2021). " 'I had to invent this whole company to get work' " (https://ww
   w.amperesec.com/invent-company-to-get-work). Ampere News. Archived (https://web.archive.org/
   web/20211106191747/https://www.amperesec.com/invent-company-to-get-work) from the original
   on November 6, 2021. Retrieved November 6, 2021.
6. "Falling down and getting back up with the help of code" (https://www.nocsdegree.com/falling-dow
   n-and-getting-back-up-with-the-help-of-code/). No CS Degree. September 2, 2019. Archived (http
   s://web.archive.org/web/20211108170621/https://www.nocsdegree.com/falling-down-and-getting-b
   ack-up-with-the-help-of-code/) from the original on November 8, 2021. Retrieved November 8,
   2021.
7. Metz, Rachel (May 24, 2022). "She thought a dark moment in her past was forgotten. Then she
   scanned her face online" (https://www.cnn.com/2022/05/24/tech/cher-scarlett-facial-recognition-tra
   uma/index.html). CNN. Retrieved May 24, 2022.
8. Hill, Kashmir (May 26, 2022). "A Face Search Engine Anyone Can Use Is Alarmingly Accurate" (ht
   tps://www.nytimes.com/2022/05/26/technology/pimeyes-facial-recognition-search.html). The New
   York Times. ISSN 0362-4331 (https://www.worldcat.org/issn/0362-4331). Retrieved May 27, 2022.
9. Labor questions and unionization in the gaming industry, ft. Cher Scarlett (https://www.youtube.co
   m/watch?v=NtYg083dPhs) (Video). The Washington Post. May 12, 2022.
10. Takahashi, Dean (July 24, 2021). "Ex-Blizzard chief Mike Morhaime: To the Blizzard women ..., I
    am extremely sorry that I failed you" (https://venturebeat.com/2021/07/24/ex-blizzard-chief-mike-
    morhaime-to-the-blizzard-women-i-am-extremely-sorry-that-i-failed-you/) VentureBeat. Archived
    (https://web.archive.org/web/20210725052630/https://venturebeat.com/2021/07/24/ex-blizzard-chi
    ef-mike-morhaime-to-the-blizzard-women-i-am-extremely-sorry-that-i-failed-you/) from the original
    on July 25, 2021. Retrieved October 15, 2021.
11. Liao, Shannon (August 6, 2021). "At Blizzard, groping, free-flowing booze and fear of retaliation
    tainted 'magical' workplace" (https://www.washingtonpost.com/video-games/2021/08/06/blizzard-c
    ulture-sexual-harassment-alcohol/). The Washington Post. ISSN 0190-8286 (https://www.worldca
    t.org/issn/0190-8286). Archived (https://web.archive.org/web/20210808015746/https://www.washi
    ngtonpost.com/video-games/2021/08/06/blizzard-culture-sexual-harassment-alcohol/) from the
    original on August 8, 2021. Retrieved October 14, 2021.
12. Notis, Ari; Hernandez, Patricia (July 30, 2021). "The Kick-Ass Shit That Women In The Game
    Industry Don't Get Enough Credit For" (https://kotaku.com/the-kick-ass-shit-women-in-the-game-in
    dustry-dont-get-e-1847397963). Kotaku. Archived (https://web.archive.org/web/20211022003808/
    https://kotaku.com/the-kick-ass-shit-women-in-the-game-industry-dont-get-e-1847397963) from
    the original on October 22, 2021. Retrieved October 22, 2021.

# EXHIBIT L

1

**Exhibit L: U.S. NLRB Denials**

2

3

4
## RE: Follow up requested (now have a 5 year gag order from talking about Apple cases)

5
From: Kilpatrick, Elizabeth <Elizabeth.Kilpatrick@nlrb.gov>

6
To      Ashley Gjovik<ashleymgjovik@protonmail.com>

CC      Hotline, OIG<OIG.Hotline@nlrb.gov>

7
Date: Wednesday, March 9th, 2022 at 11:36 AM

8
Hi Ashley,

To clarify, it is my understanding that neither Mr. Hankins nor Ms. Ventola gave Ms. Scarlett
9
legal advice or offered their opinion on the merits of her claims against you. They simply told
her that the NLRB did not have jurisdiction over those claims.

10

11
------- Original Message -------

On Wednesday, March 9th, 2022 at 10:47 AM, Kilpatrick, Elizabeth <Elizabeth.Kilpatrick@nlrb.gov> wrote:
12

13
Hello Ashley,

No one from the NLRB "directed" or "encouraged" Cher Scarlett to report you to any other
14
federal or state authorities. Ms. Scarlett was informed, as we have informed you, that the
NLRB is concerned only with the allegations of unfair labor practices contained in the charges
15
against Apple. We are not involved in any dispute between you and Ms. Scarlett.   Mr.
Hankins and Ms. Ventola advised Ms. Scarlett that we had no jurisdiction over her conflict
16
with you and that if she chose to pursue her dispute with you, she would have to do so through
other federal and/or state authorities.

17
Your attorney is the best person to advise you on what information you should share with the
NLRB in the investigation of your charges. I reiterate, though, that the NLRB is concerned
18
only with the allegations in your charges against Apple. We are not involved in any dispute
between you and Ms. Scarlett.

19
I hope this answers your question.

Elizabeth

20

21

22

23

24