| Help Center

Requests

FILED

FEB 1 5 2022

KCDC-East Division
Redmond Courthouse

22CIV01704KCX

# ▶Report copyright infringements and abuse
# 2022-02-06 10:32:09 Solved

FILED

FEB 1 5 2022

KCDC-East Division
Redmond Courthouse

**Ticket details**

Cher Scarlett

2 days ago

**THIS IS AN OFFICIAL NOTIFICATION THAT A USER OF SCRIBD OR SLIDESHARE (choose one):** *

has posted my personal information to Scribd or SlideShare.

**Please list the URL(s) on Scribd or SlideShare where the material is found:** *

https://www.scribd.com/document/555822358/Ashley-Gjovik-v-Apple-Inc-Propaganda-Campaign-Final-v4

**Describe, in as much detail as possible, the nature of the personal information and the exact page(s) where it is located:** *

My name is mentioned in this document nearly 400 times ("Cher Scarlett"), and the majority of it is republication of my tweets (which I own, per Twitter's content publication rules), and republication of my Medium posts (which I own, per Medium's content publication rules).

Most all of the content includes personal information about me, including linking to an old wedding registry containing more former legal name and the name of my husband, my medical diagnoses and other medical and or otherwise private, personal information that would be redacted via FOIA per HIPAA, my former legal name, which I changed for a safety reason and was found just by King County courts in Washington State to not have to be published together because it would pose a threat to my person. Much of the content is also containing republications of my family members' social media accounts, which she found by cyberstalking, and publishing their names. I am a public figure in the space we are working in, and my family members have now faced harassment because she has connected them to me publicly and pointed to their social media accounts without my or their consent.

I am seeking an anti-harassment order against her to stop her from posting such content, but it would be

helpful if your company would take it down before it continues to do further harm to me and my family.

**Was this content published by a state, local, or Federal government or court of law in the United States? ***   No

**Email address: ***   me@cher.dev



Delaney
1 day ago

Thank you for contacting Scribd. This content was removed. It may take several days for Google and other search engines to remove deleted links from their indexes.
Best regards,
Delaney
Copyright, Abuse, & Privacy Specialist
Scribd, Inc.

Questions? https://support.scribd.com/hc

Cher Scarlett
1 day ago

She has re-uploaded the document.

https://twitter.com/ashleygjovik/status/1490816438667341824?cxt=HHwWgMCjwd_puLApAAAA

https://www.scribd.com/document/557503681/Gjovik-v-Apple-Intimidation-Campaign-Evidence-Report

Thank you for your urgency,

Cher

Cher Scarlett
7 hours ago



I also did not realize this before, but she also has my child's name in the document.



Delaney
4 hours ago

Hello,

This content was removed. It may take several days for Google and other search engines to remove deleted links from their indexes.
Best regards,
Delaney
Copyright, Abuse, & Privacy Specialist
Scribd, Inc.

Questions? https://support.scribd.com/hc

Add file or drop files here





**Ashley M. Gjøvik** @ashleygjovik · 14m                    •••

After multiple unexplained deletions of my extensive reporting on evidence of Apple's campaign of retaliatory & coercive intimidation, threats, & propaganda, I've now uploaded the report to my personal website instead of @Scribd.

ashleygjovik.com/uploads/1/3/7/...



 1           2           2          

 **Ashley M. Gjøvik**
@ashleygjovik
···

I need to get some sleep… Haven't slept for a couple nights; stuck spiraling on Apple's severed head threats & all that.

I somehow accidentally deleted this file & can't bring it back with the same URL! Sorry.

Re-uploaded here:

 scribd.com
**Gjovik v Apple - Intimidation Campaign - Evidence Report**
Ashley Gjovik v Apple Inc Legal Memo: Propaganda, Intimidation, Threats, & Retaliation Campaign v4 US NLRB, …

2:35 PM · Feb 7, 2022 · Twitter Web App

0 ratings • 768 views • 281 pages

# Ashley Gjovik V Apple Inc - Propaganda Campaign - Final v2

**Original Title:** Ashley Gjovik v Apple Inc - Propaganda Campaign - Final v2

Uploaded by Ashley M. Gjøvik

Ashley Gjovik v Apple Inc - Propaganda, Threats, & Retaliation Campaign Evidence Report for US NLRB, US DoL, & CA DoL Full description

Save   0%   0%   Embed   Share   Print

**Download now**

1   of 281

Cher Scarlett

Showing **355** results for Cher Scarlett

as current and ex-Apple employees (**Cher   3 Scarlett**, Shantini Vyas, Amanda Harrison, Kev Ki

Inc, (through at least the actions of **Cher   4 Scarlett** and

Ricky Mondello and ex-Apple employees **Cher   5 Scarlett** and Shantini Vyas and other Apple

U.S. NLRB; U.S. DEPT OF LABOR; CALIFORNI
ASHLEY GJOVIK V APPLE INC | PROPAGANDA

HARASSMENT CAMPAIGN EVIDENC

| Employee Name | Title & Team | Relation to Other Noted Parties | Known Accounts Used in Campaign | Relation to Gjovik's Prior Apple Lawsuit(s) |
|---|---|---|---|---|
| Arian [1214] | software engineer | TBD | Twitter | Unknown |
| BJ [1215] | engineer | TBD | Twitter | Unknown |
| Brian Ganninger [1216] | Senior SW Engineer for Find My, Oct 2019-Oc 2021 | TBD | Twitter | Unknown |
| Bruno Philipe [1217] | xcode engineer | TBD | Twitter | Unknown |
| Cher Scarlett / Stewart [1218] | tools developer, global security, 2020-2021 | friends with Shantini Vyas, Kev Kitchens, & Ricki Mondello | Twitter; Reddit; Blind; HackerNews | Scarlett stated she plans to be a Defense witness for Apple Inc against me |

asking her to remove details about Cher's husband, David Reimers, being a convicted sex offender, who was further fined $30k for failing to register as a sex offender. It's public info. Why should she remove it? [1305]

- **9 Jan 2022:):** Ashley. Stop it. You do nothing but tweet about Cher and Apple 24/7 and it's UNHEALTHY. You are UNHINGED. Go to bed and get some rest. Then delete all these Twitter accounts and try to pick up the pieces of your life. (Twitter)[345]
- **9 Jan 2022:** You should be more concerned with the health and safety of Alexis, who is being raised in an unsafe environment than you are with Ashley. I've downloaded all Cher's tweets and Medium articles and will be filing a report with Child Protective Services. (Twitter)

- **Cher Scarlett** (@cherpxo): Man, you are wild. My screentime for Twitter is less than an hour a day. Idk how long you think it takes to write a message, but yikes. I apologize for falsely attributing that message to you. That being said, you're on one if you think what you are doing on Reddit isn't bullying. You are making assumptions, drawing conclusions, having full on dialogues about people you don't know. You act so above what I'm doing, but can't take a moment to self-reflect. I didn't ask for your advice. I'm bipolar. Suicidal thoughts are a part of my life experience. (I'm disengaging now, best of luck to you)

you. Thank you for your work.

## Dec 20 2021– Public Twitter.com & Medium Post [966]

- **Cher Scarlett** (@cherthedev): When your ethics and personal morals diverge from a company's, or an industry's, you do something about it or you find a way to leave. Sometimes both. I don't punch down on laborers, but the idea you can't do anything else or that there is no ethical path forward is a lie. [967]
  - o **Cher Scarlett** (@cherthedev): Even in the face of running out of funds to pay bills. I cannot. That doesn't make me superior, morally righteous or anything else but honest. I think what we are asking for is transparency from folks joining morally bankrupt companies who do evil things. You picked a side.[968]
  - o **Cher Scarlett** (@cherthedev): When people say I self-sabotaged my Apple career, it's both true and not true. I started to see the divergence and did something about it. I couldn't do enough, and definitely couldn't continue with a hostile work environment, so I left. [969]
  - o **Goo** (@StopItCOVID): How are you claiming to run out of funds when you can afford to support your daughter, but Percocet, a snowboard, your husband, and post all of that here? You seem like you're lying about "not being able to pay your bills." [970]

- **Cher Scarlett** (@cherthedev): I'm currently unemployed. Apple is threatening to sue me and I have $92,000 in attorneys fees I have no way to pay. I gave up my severance and COBRA. I did this to hold Apple accountable. If you are an Apple shareholder, please vote to audit the use of concealment clauses. [942]

- **Cher Scarlett** (@cherthedev): Apple was quick to try to coerce me into signing a document that solicited a list of names of those who gave me material information as part of an unfair labor charge, to withdraw that charge without addressing it, and then silence me and stop me from helping other employees. [943]

- **Cher Scarlett** (@cherthedev): Anyone who knows me knows I would never sign what they gave me, even during a terrible bipolar episode and in the face of a "get out of debt free and move on with your life card". Apple only believed I would do this because this is what they do. This is systemic, not sporadic. [944]

- **Cher Scarlett** (@cherthedev): I told you all I was in the ER on Monday night, waiting for a bed in an ambulance. It's because I died a clinical death, and needed access to life support before the opioid blocker wore off. [945]

- **Shantini Vyas** (@_shantini_): Fuck, Cher. I'm so sorry. You can reach out to me at any time. [946]

**Jan 8 2022 – Public GoFundMe Page**

- **Cher Scarlett** (@cherthedev):  I had just tested positive for COVID the week before (yes, I'm vaccinated!), causing my daughter and I to be exiled from family gatherings for the holidays, was overwhelmed by harassment and defamation, struggling to nd a job matched by expectations that wasn't spooked by what I'd done at Apple, and now, Apple was threatening to sue me. My head hurt, my body hurt, my heart hurt... everything hurt. I bought a Percocet from a friendly street pharmacist to help with all the pain and it turned out to be laced with Fentanyl, presumably a large amount of it, because I overdosed . I was lucky that we had a Narcan nasal spray, which is an opioid blocker, in the car in case we see someone overdosing when we do community work for the homeless that saved my life, along with 8 minutes of CPR, a 911 dispatcher, several rst responders, and an overnight stay at the ER. [1030]

## ASHLEY GJOVIK V APPLE INC | PROPAGANDA CAMPAIGN V2

o   **Further Parthing** (@one_more_time_2): Don't forget, Cher was soliciting money for her honeymoon fund too. https://registry.theknot.com/david-reimers-cher-stewart-august-2020-wa/ 41305566 [1037]

226   of 281

- **Cher Scarlett:** I live alone with just my daughter. I don't get child support. I also support a second household with 2 other children and their father. I am the sole provider. My family business is my business, not the world's. [1044]

234   of 281

-   [Redacted] is blocked by **Cher Scarlett**

## Jan 13 2021 – Public Twitter.com Posts

-   **Cher Scarlett** (@cherthedev): Some people want to try to weaponize my addiction against me. My bipolar disorder. My mistakes. My past. The problem with that is that it's my truth, not yours. The truth is only a weapon against lies. I've already unburdened myself. The only person you're damaging is yourself. [1097]

## U.S. NLRB; U.S. DEPT OF LABOR; CALIFORNIA DEPT OF LABOR
### ASHLEY GJOVIK V APPLE INC | PROPAGANDA CAMPAIGN V2

- **Cher Scarlett:** I've been relatively unmedicated and somehow functioning for nearly 2 decades. I started new medication for my bipolar disorder this weekend to help prepare for the treatment of my ADHD. I'm nervous as hell. [810]
- **Cher Scarlett**: "One of the reasons Bipolar disorder, namely type 1, is hard to treat is because mania is like addiction. You miss it. I'm my best and worst self when I'm manic. I create incredible things, have deep conversations, but I also commit to too many things and make impulsive decisions."
- **Beezie Wacks**: Gaslighting ur employers shud be added to the Dsm5 diagnostic list [811]
- **Cher Scarlett**: I'm trying a lithium cocktail, but I have Type 1 with psychotic features and repaid cycles.
- **Cher Scarlett**: I am once again asking for bipolar type 1 treatment that doesn't make you feel like you're being tranquilized. I'm a heroin addict. Feely drowsy makes me want to snort whatever made me drowsy and go find heroin.

- **[Redacted]** She's a psychopath who is married to a convicted ped*… she has a new mental illness daily and it's all just so ridiculous. She wants to be famous/ "known". Pretends like she's single and "queer"… just sad people fall for this shit. *[Screenshot of public Instagram post: https://www.instagram.com/p/CXo2db1ht0r/ ]* [984]
  - **Ashley Gjovik**: Wait…WHAAAAAAAT. SHE'S MARRIED????? April 21 2021: *"Aries constellation on my wife"* I..... just...... cannnnnnnooootttt omfg. WHAT. [*More screenshots from David Reimers Instagram account: https://www.instagram.com/south_king_barber/ ]*
  - **Ashley Gjovik:** SHE NEVER MENTIONS HIM, EVER
  - **[Redacted]** LOL enjoy that; I sure did when I found it! Nothing she says is real. [985]
  - **Ashley Gjovik**: I don't know how I can surprised by anything at this point… but i'm just like jaw. dropped.
  - **[Redacted]** Yep and she tagged him… I was like hmm who is this? Low and behold it's her husband. I hope others see this chain of messages and call her out. She just blocks everyone who is noisy… [986]

 **Ashley M. Gjøvik**
@ashleygjovik

···

Ok well it's been an exciting day.

I still haven't eaten and I need to do homework for school next week, so I'll just let y'all dig through everything I just posted & we'll see if Cheryl's in a more negotiable mood tomorrow.

Oh yeah, her name is "Cheryl."

5:48 PM · Jan 8, 2022 · Twitter Web App

**9** Likes



**Ashley M. Gjøvik**
@ashleygjovik

⋯

I recommend you this send the Document Retention notices + some sort of C&D missive to them now.

Known Managers: Ricky Mondello, Faye Garfinkle

Suspected Mgs: Rob Marini, Brad Reigel

Known ICs: Cher Scarlett/Stewart, Shantini Vyas, Kev Kitchens, Amanda Harrison

Sus ICs: TBD

2:18 PM · Jan 11, 2022 · Twitter Web App

**3** Retweets    **1** Quote Tweet    **8** Likes

 **Ashley M. Gjøvik**
@ashleygjovik                                    · · ·

Listen, I don't usually give a shit abt people's personal
crap. They can handle their own bizniz

The only reason I'm exposing Cheryl Scarlett's grift is
she harassed bullied & defamed me for mo's & now
says shes a defense witness for Apple against me

So:


youtube.com
**Lizzo - Truth Hurts (Official Video)**
The official video of "Truth Hurts" by Lizzo.
Download/Stream: ...

3:52 PM · Jan 9, 2022 · Twitter Web App

**18** Likes



**Ashley M. Gjøvik**
@ashleygjovik

···

Here's another interesting one.

Cher posted a lot about "growing up poor,"  like "trap house" poor, she says.

Maybe?

But, also, her mom's over here with tassels on her ottoman & looking like a fucking late 80s/early 90s goddess.



**Cher Scarlett**
@cherthedev

etimes it's weird to be in a different world than th
ou grew up in. It can be 30 years before you fin
thing you thought was normal is a "poor people
house" thing.

'M · Sep 26, 2021 · Twitter for iPhone

Cher Scarlett
@cherthedev

···

Let me tell you a story.

I grew up poor. Not, oh, we have linoleum poor. Poor like the pink slip is the electricity is off again. The note on the door means we're moving again. There are ants coming in through the walls of the one bedroom apartment that is falling apart.

6:25 PM · Jul 29, 2019 · Twitter Web App



1:48 PM · Jan 9, 2022 · Twitter Web App

**3** Likes



**Ashley M. Gjøvik**
@ashleygjovik

Here's another interesting one.

Cher posted a lot about "growing up poor," like "trap house" poor, she says.

Maybe?

But, also, her mom's over here with tassels on her ottoman & looking like a fucking late 80s/early 90s goddess.

1:48 PM · Jan 9, 2022 · Twitter Web App

3 Likes

**Ashley M. Gjøvik** @ash... · Jan 9
Replying to @ashleygjovik
Surely, BezosPost must have looked into Cher's basic financial & family history, right?

I guess her mom was over there slinging concrete with that dope-ass eye shadow.

I mean maybe... but....

washingtonpost.com/technology/202

2          3



**Ashley M. Gjøvik**
@ashleygjovik

EXTENSIVE.

Assaults, Stealing a Car, Stealing a Gun, Resisting
Arrest, Poss of Contr Substances, Failure to Reg as a
Sex Offender 3x, Resisting Arrest, Malicious Mischief,
DUI, Disturbing the Peace, Disorderly Conduct,
Obstruction of Law Enforcement Officers, False
Statements...

8:21 PM · Jan 7, 2022 · Twitter Web App

1 Quote Tweet   14 Likes



**Ashley M. Gjøvik**
@ashleygjovik

···

Cher Scarlett just said she plans to be a defense witness for Apple against me in my whistleblower retaliation cases.

Ms #AppleToo plans to defend Apple against a safety whistleblower.

Cher, maybe find some lies to tell that are less easily disprovable.

 **Ashley M. Gjøvik**
@ashleygjovik

This woman is not only intimidating, threatening, coercing, harassing, stalking ME but she's also attacking anyone who supports my whistleblowing, stalking them & telling them that bad things will happen to them if they support me



**Ashley M. Gjøvik**
@ashleygjovik

· · ·

The faceless & faced trolls weren't happy

I get 3k word email frm  Cher saying she reported me to the FBI; she'll inform Apple if I speak publicly abt  threatening me; & demanded I remove info & allegations abt her from my fed charges

I said NO & she sayz she's suing me now



**Ashley M. Gjøvik**
@ashleygjovik

I share this woman is harassing, defaming, SWATing, threatening me, & illegally coercing me to modify federal charges abt her

She confirms it & says she "doesn't want me to exist"

Days later she's all over BezosPost with no mention of any of it.

Why?

 **Ashley M. Gjøvik**
@ashleygjovik                                                    · · ·

If Cher Scarlett's doing something newsworthy, good or bad, sure, write about it

But, probably also mention she's currently under investigation by numerous federal agencies & law enforcement for federal witness intimidation & obstruction of justice

 **Ashley M. Gjøvik**
@ashleygjovik

⋯

If reporters write abt Scarlett right now, seems relevant to mention she's in active communication with Apple helping Apple in their campaign of harassment, threats, & horror against their safety whistleblower

Note she told me she'll report me to Apple if I "leak" Apple's crimes

← **Thread**



**Ashley M. Gjøvik**
@ashleygjovik

···

I guess it makes sense now that these months of targeted harassment & defamation against me that seemed to try to get me to give up/kill myself, are starting to appear orchestrated by an Apple coworker who used to openly brag about trying to destroy me to the point of suicide.

3:50 PM · Jan 11, 2022 · Twitter Web App

**1** Quote Tweet **15** Likes

  

 Tweet your reply 

 **Ashley M. Gjøvik** @ashleygjovik · Jan 11   ···
Replying to @ashleygjovik
Everyone kept asking, why on earth is Cher Scarlett doing this to you? What motive does she have to do such awful things?

Best guess was: she works in Apple Legal/Security; she's already getting a payout from Apple

But, THIS, this connects all the dots. It all makes sense now.

🗨 3          ↻          ♡ 13          ↑

 **Ashley M. Gjøvik** @ashleygjovik · Jan 8                    ···
I refused on concede on a bunch of the stuff she wanted removed. I refused
to give her anymore than required from me.

Why? That **psycho** literally tried to destroy me. And, she keeps breaking
agreements & bragging about it. All I'm doing today is revealing the truth.

 **Ashley M. Gjøvik** @ashleygjovik · Jan 9                                    •••

The only thing I asked of this **witch** is stop lying about me & threatening
people they'll get hurt if they support me

Listen I'm all about 1st amendment. Tell people not to support me cause,
idk, you don't like my elbows

But don't lie & don't do it under a banner of labor rights

💬 1               ⟲              ♡ 5                    ⬆



**Ashley M. Gjøvik** @ashleygjovik · Jan 10 · · ·

I spent months taking the higher ground with all this stupid, time suck bullying

I never wanted to get to this pt, but here we are, so its full blast until they're in some sort of evil **witch** rehab

P.S. So many people are reaching out who were also abused by them thru the yrs 💔

💬 1          ⟲ 3          ♡ 9          ⬆️



**Ashley M. Gjøvik** @ashleygjovik · Feb 7                                    ···

When I discovered my Sr Dir who had been harassing & discriminating against me for yrs, who Apple ER/HR were like "no idea what you're talking abt," had been SUED for the SAME 2 years prior

Somehow I got evil **nutjob** @cherthedev screaming at me for I still don't even know what



**Ashley M. Gjøvik**
@ashleygjovik

···

Replying to @ashleygjovik @WarriorWomen4Y and 3 others

On Dec 31 2021 I req Scarlett cease & desist all contact with me, defamation of me, & stop harassing my friends or I will request a restraining order

Since that warning she tried to SWAT me, got me banned from Wikipedia, & sent me threatening emails

Plz do not encourage contact

6:45 PM · Feb 12, 2022 · Twitter Web App



**Ashley M. Gjøvik**
@ashleygjovik

Apple's response outraged at least 3 people. Apple had tried to get @cherthedev to sign a very restrictive NDA & after talking to @IfeomaOzoma, Cher bravely send the NDA to the SEC in a whistleblower filing, showing that Apple's statements were misleading.



businessinsider.com
Apple told the SEC it doesn't silence employees regarding workplace harassme...
Former Apple engineer Cher Scarlett's settlement agreement demonstrates how far the company goes to silence employees who allege misdeeds in the ...



mwe.com

Ronald Holland
Attorney at Law
rjholland@mwe.com
+1 628 218 3829

December 20, 2021

**VIA EMAIL**

Aleksandr L. Felstiner
Levy Ratner
80 Eight Avenue, Floor 8
New York, NY 10011
Email: afelstiner@levyratner.com

Re:   Cher Stewart Settlement – Breach

Dear Alek:

As we discussed last week, it is Apple's position that Ms. Stewart has breached the Confidential Settlement Agreement and General Release ("Settlement Agreement") reached between the parties in Case 32-CA-282396. As you are aware, Ms. Stewart indicated a desire to leave Apple and requested severance. Apple negotiated in good faith to facilitate her departure. Apple took Ms. Stewart at her word when entering into this Agreement, with no knowledge that she was upon execution already in breach of her commitments.

Prior to executing the Agreement, and unbeknownst to Apple at the time, Ms. Stewart had already disclosed draft provisions of the Agreement to Nia Impact Capital. Thus, Ms. Stewart breached the Agreement at the time of execution by having already improperly disclosed the parties' negotiations leading to the Agreement in violation of Paragraph 14. She also breached the Agreement at the time of execution by falsely warranting that she had not previously disclosed any of the Agreement terms, provisions or negotiations leading to the Agreement. Apple learned of Ms. Stewart's breach the day after she received the first settlement payment and notified you accordingly.  Subsequently, Ms. Stewart publicly admitted to breaching the Agreement, as Reuters reported on November 25, 2021: "Scarlett, who left Apple last week, said she decided to go public with that information this week, in violation of the terms of her settlement with Apple." Since then, Ms. Stewart has continued to breach the Agreement, including, but not limited to, repeatedly disclosing the Agreement's terms,  provisions, and amount of the settlement payments.  Most recently, she again breached her agreement on December 14, 2021 when she commented on the amount of the settlement on Twitter. The above examples of breach are an illustrative list of Ms. Stewart's breaches and not intended to be exhaustive.



415 Mission St Suite 5600   San Francisco CA 94105-2616   Tel +1 628 218 3800   Fax +1 628 877 0107

*US practice conducted through McDermott Will & Emery LLP.*

Aleksandr L. Felstiner
December 20, 2021
Page 2

You are aware that the parties, through their respective counsel, mutually drafted Paragraph 4 of the Agreement (Timing of Settlement Payment), which expressly conditioned settlement payments on Ms. Stewart's continued compliance with the Agreement's terms and conditions and that any breach by Ms. Stewart would result in nonpayment by Apple. Given that Ms. Stewart breached the Agreement before any settlement payment was due, Apple was released of any obligation to make continued payments to Ms. Stewart or her attorneys. Notwithstanding Ms. Stewart's continuing breaches, the Agreement continues to be in effect and Apple is preserving its right to seek liquidated damages for each separate breach.

Sincerely,

Ronald J Holland

Ronald Holland

**McDermott**
**Will & Emery**



**Complaint Referral Form**
**Internet Crime Complaint Center**

## Victim Information

Name: Cher Swan Scarlett
Are you reporting on behalf of a business? No
Business Name:
Is the incident currently impacting business [None]
operations?
Age: 30 - 39
Address: 9809 NE 124th St
Address (continued):
Suite/Apt./Mail Stop: Apt 302
City: Kirkland
County: WA
Country: United States of America
State: [None]
Zip Code/Route: 98034
Phone Number: 2066032437
Email Address: me@cher.dev
Business IT POC, if applicable:
Other Business POC, if applicable:

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Ashley Marie Gjovik has been slandering me using her Twitter account (https://twitter.com/ashleygjovik), which yesterday escalated into doxxing my family members and today me. She offered a contract to stop doxxing me and harassing me if agreed to promote her GoFundMe (https://www.gofundme.com/f/ashley-gjoviks-advocacy-fund - which may be fraudulent) and promote her Twitter account on my Twitter account, which has 53,000 followers (https://twitter.com/cherthedev) and distance myself from a worker organization called Apple Together I helped found.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other      Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

Name: Ashley Marie Gjovik
Business Name:
Address: 1050 Benton St
Address (continued):
Suite/Apt./Mail Stop: #2310
City: Santa Clara
Country: United States of America

State: [None]
Zip Code/Route: 95050
Phone Number: 4159646272
Email Address:
Website: http://www.ashleygjovik.com
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

Melissa McEwen - 404-436-1754
Janneke Parrish - 737-226-1104

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Cher Swan Scarlett

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. **This is the only time you will have to make a copy of your complaint.**

 **Ashley M. Gjøvik**
@ashleygjovik                                        ...

I refused on concede on a bunch of the stuff she
wanted removed. I refused to give her anymore than
required from me.

Why? That psycho literally tried to destroy me. And,
she keeps breaking agreements & bragging about it. All
I'm doing today is revealing the truth.



Ashley agrees:
- no post about Cher (including subtweets) on Twitter, linkedin, facebook, or instagram  GOING FORWARD, however previous tweets will not be removed
- no sharing private information about Cher (including subtweets) on Twitter, linkedin, facebook, or instagram GOING FORWARD, however previous posts will not be removed
- no voluntary editing of any Wikipedia articles (only articles, not notice boards or other forums) about Cher or with content about Cher GOING FORWARD
- Ashley will not edit Cher's wikipedia page or edit any articles with content about Cher

IF

Cher agrees:
- to stop talking about Ashley completely, including but not limited to on social media, via DMs, emails, video/phone,  any forum.... to  other advocates, to press, to gov, to anyone unless she has to by law (like a subpoena or whatever). This includes sub-talking/sub-tweeting/etc (talking about me without saying my name) or asking/directing anyone else to talk about me for her.
- Cher explicity agrees to not edit Ashley's wikipedia page or edit any content about Ashley in other wikpedia articles
- Cher will promote Ashley's GFM one time after she completes her own GFM goal, she can do so neutrally but will not say anything negative
- Cher will not edit Ashley's wikipedia page or edit any articles with content about Ashley

we will both post a brief Tweet upon agreement that:
"Cher Scarlett and I had a discussion via a peer mediator today and Cher has agreed to stop talking about me completely going forward and I have agreed to stop Tweeting about Cher going forward. " +
"Ashley Gjovik and I had a discussion via a peer mediator today and Ashley has agreed to stop Tweeting about me going forward and ihave agreed to stop talking about Ashley completely going forward. "

if one of us breaks the rule, then arrangment is terminated and i will happily start sharing the many many many files and webites and wayback archive shit if foudn of her own statements publically posted

there

5:11 PM ✓



Ashley M. Gjøvik
@ashleygjovik

FYI, Cher got a 3rd party to try to negotiate a settlement-type agreement between me & Cher today as soon as I started posting Cher's bullshit

Cher won't agree to anything legal or binding & keeps backing out. This was my latest proposal

Another party is abt to try a diff angle

5:44 PM · Jan 8, 2022 · Twitter Web App

1 Retweet    12 Likes

Ashley M. Gjøvik @ash... · Jan 8
Replying to @ashleygjovik
This is like the 30th draft of it. The Wikipedia shit was timely.

♡ 1        ⟲        ♡ 6

Ashley M. Gjøvik @ash... · Jan 8
I refused on concede on a bunch of the stuff she wanted removed. I refused to give her anymore than required from me.

Why? That psycho literally tried to destroy me. And, she keeps breaking agreements & bragging about it. All I'm doing today is revealing the truth.



She wants to know if you agree    4m

I'm not posting anything about her unless she deletes the personal information and defamatory tweets   4m

If she wants me to use my platform to promote her, I'm not sending people to information she's purposefully revealing for malicious purposes   3m

10:45 ⬩

⬩ 5G ▮

‹        M  M                    ⬜️    ℂ

subtweets) on Twitter GOING FORWARD,
however previous tv  Yesterday  t be removed
- no voluntary editing of any Wikipedia
articles (only articles, not notice boards or
other forums) about Cher or with content
about Cher GOING FORWARD

IF

Cher agrees:
- to stop talking about Ashley completely,
including but not limited to on social media,
via DMs, emails, video/phone, any forum....
to other advocates, to press, to gov, to
anyo...

Read More                         5:04 PM

> I said I'll sign something if she writes it up

> I literally don't want her to exist in my world
> lol                              5:04 PM ✅

So should I tell her you're ok with that?
                                  5:05 PM

> Tell her she needs to add she won't post
> private information about me publicly

> Including my family members

> Which is just so heinous I don't understand
> why that's hard to agree to    5:07 PM ⌄

\+        New Message              

AG   Ashley Gjovik <ashleymgjovik@protonmail.com>

To:   Captain Eek, arbcom-en  Show details

Hello! Thank you so much for the prompt reply. Understood about the IP address and

Email with involved editor is attached as Gorillawarfare. Background checks for Cher
Evidence of their current interactions on Reimers instagram here: https://www.instagr

Evidence of Cher's harassment against me attached and also more via these Tweets:

- https://twitter.com/ashleygjovik/status/1469907406662496256?s=20
- https://twitter.com/ashleygjovik/status/1466927149827321856?s=20
- https://twitter.com/ashleygjovik/status/1468383916390174720?s=20
- https://twitter.com/ashleygjovik/status/1467623769850081283?s=20
- https://twitter.com/ashleygjovik/status/1466905741550252032?s=20
- https://twitter.com/ashleygjovik/status/1476361644473155590?s=20
- https://twitter.com/ashleygjovik/status/1467629028861349893?s=20
- https://twitter.com/ashleygjovik/status/1467624487537369089?s=20
- https://twitter.com/ashleygjovik/status/1466916587449946112?s=20
- https://twitter.com/ashleygjovik/status/1467711536772763651?s=20
- https://twitter.com/ashleygjovik/status/1468471892017172482?s=20
- https://twitter.com/ashleygjovik/status/1469806906491342849?s=20
- https://twitter.com/ashleygjovik/status/1476652587260657668?s=20
- https://twitter.com/ashleygjovik/status/1478130037152833536?s=20
- https://twitter.com/ashleygjovik/status/1479255221649895428?s=20
- https://twitter.com/ashleygjovik/status/1479347477526441988?s=20

Please let me know if there's anything more I can provide or do to assist, and happy to
Thank you.

-Ashley

Ashley M. Gjovik, B.S., PMP
Santa Clara University School of Law
Juris Doctor Candidate & Public International Law Certificate Candidate, Class of 202

💬 1          ⇄ 1          ♡ 3          ⬆

 Ashley M. Gjøvik
@ashleygjovik
...

📕 My Wikipedia account: NO
WARNING; PERMANENTLY
BANNED

Cher's Wikipedia account she
used to harass me & other
people & update her own
page: only prohibited from
editing my article

Here's some of the information
I sent to the @Wikipedia
Arbitration Committee:

11:45 AM · Feb 11, 2022 · Twitter Web App

1 Quote Tweet     3 Likes

💬          ⇄          ♡          ⬆

   Tweet your reply          Reply

 Ashley M. Gjøvik @ashle... · 2h   ...
Replying to @ashleygjovik and
@Wikipedia
Here's me telling the @Wikipedia
arbitration committee that one of the
previous members of their arb
committee was also harassing me &
attacking my account, & appeared to
know Scarlett personally & be having
offline convos with the user attacking
me:

Jan 8 2022 ~3pm PST – Twitter Direct Messages
- [Redacted] she messaged me on LinkedIn. she wants to call me
- [Redacted] do you think there is any way I can get her to stop bugging me?
- Ashley Gjøvik: many have tried, all have failed. you're welcome to though. I'll stop as soon as she actually, really stops
- [Redacted] I think I can get her to agree
- Ashley Gjøvik: She's been going hard at this for five months. god speed
- [Redacted] She said she will agree not to talk about you if you do the same. she's on the phone with me now

ASHLEY M. GJØVIK
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 202
Page 244 of 316

---

ASHLEY GJOVIK V APPLE INC
INTIMIDATION, THREATS, & OBSTRUCTION | EVIDENCE REPORT

- Ashley Gjøvik: would she be willing to put it in writing. we can negotiate something like no defamatory comments, no disparaging comments, etc she'd also need to correct all the misinformation she's shared with the press & the government. i have to be able to defend myself otherwise
- [Redacted] (redacted)
- Ashley Gjøvik: would she be willing to correct the false statements or at least send something to those journalists, cc'ing me, saying she supports me or something. she told a lot of people i'm a liar and told them not to talk to me or write about me. journalists & gov. if she'll correct false information, show me she did, promise to stop talking about me, and have it in a legally enforceable contract with injunctive relief since she will refuse to pay damages like all this... if agree to stop talking about her
- [Redacted] (redacted)
- Ashley Gjøvik: i don't think she'd actually stick to it otherwise. she just wants me to stop posting her shit right now. if i stop, then she'll defame me again. this is how its gone. I'm like super impressed you've gotten this far though
- [Redacted] (redacted)
- Ashley Gjøvik: i mean i already have her criminal record and she keeps saying every week that NO ONE CAN TELL HER WHAT SHE CAN'T SAY. i feel like this is amazing progress but i have bek zero faith she'd actually stick to it, even with a contract. have you seen this
https://en.wikipedia.org/wiki/Wikipedia:Conflict_of_interest/Noticeboard&_ThereSixTime-2022-01-08T20%3A33%3A00.000Z_HazelDjan8.2022-01-08T06%3A25%3A00.000Z
- [Redacted] (redacted)
- Ashley Gjøvik: she's written like 100k words attacking me in five days because i flagged her fake account has been editing her own page and my page
- [Redacted] (redacted)
- Ashley Gjøvik: if i stop that means i withdraw the current Wikipedia arbitration committee investigation into the massive fraud, she's been committing against Wikipedia for two months. not just stop posting on twitter. she wants both to stop. i love you've gotten this far but im not withdrawing that shit . can you ask her to clarify then, just twitter, or Wikipedia too
- [Redacted] Just twitter
- Ashley Gjøvik: will she say this to me directly in writing so she doesn't just deny it later
- Ashley Gjøvik: ok wait will she also agree no subtweeting. we both agree no named tweeting, initial tweeting, or subtweeting. if anyone thinks they're being subtweeted, can 3rd party can be arbitrator maybe? i just remembered she subtweeted me 99% of the time. also can we both say we both agreed to stop talking about each other on twitter. like dual post
- Ashley Gjøvik: I'm happy to not share the hundreds of other things i found, but i want to keep up what I've posted and i want people to know there was a discussion about it
- [Redacted] She wants you to agree not to post "private" info on Wikipedia ugh
- Ashley Gjøvik: there we go
- Ashley Gjøvik: post on wiki pages or provide info to Wikipedia &/or she's trying to shut down this arbitration committee. i have zero plans to make any edits about her in actual Wikipedia articles however notice boards & arbitration are different. those are investigations into her doing shady shit
- [Redacted] Ok that seems like I could get her to agree

ASHLEY M. GJØVIK
Juris Doctor Candidate & Public International Law Certificate Candidate, Santa Clara University
Ex-Apple Sr. Engineering Program Manager from February 2015 to September 202
Page 245 of 316

---



Ashley M. Gjøvik
@ashleygjovik

What abt the bizarre claims of extortion she kept throwing around? Did she really say she didn't want me to exist?

Yup. & all that AND MORE was frm a "cease & desist frm attacking Ashley" negotiation

I included the transcript from my side here (pg244-8):
ashleygjovik.com/uploads/1/3/7/...

2:14 PM · Feb 10, 2022 · Twitter Web App

1 Retweet   54 Likes



Tweet your reply



Ashley M. Gjøvik @ashl... · 23h
Replying to @ashleygjovik

It sounds like she's done & continues to do some good things.

None of this means she doesn't get credit for the good things she did

However, people shouldn't just sit back and pretend like she hasn't done & isn't actively doing really bad things too

This is exactly Apple's MO



2     1     21



1     1     54



**Ashley M. Gjøvik**
@ashleygjovik

...

I'll keep broadcasting this as long as she keeps attacking me

Cher's been harassing & defaming me for months. She admitted she's working with Apple against me

Cher: GET THE FUCK OUT of my Wikipedia page. (She went in today to put doubt on my EEOC charge & added her SEC filing)



◀ Messages

**Ashley Gjøvik**
⊙ 2w

- Wikipedia
en.m.wikipedia.org    Today

Hey Ashley! I hope you're doing well.
Asking about this since you brought up
Wikipedia edits the other day. Do you have
any clue what's going on here? https://
en.m.wikipedia.org/wiki/Special:MobileDiff/
1058232700                          33m ⏱ ⊛

hey good morning omfg what is going on
with your page                    2m ⏱

im looking at the edits now    2m ⏱

jfc  1m ⏱

whyyyyyyy  1m ⏱

I have no clue. What's weird is the IP
address is in Santa Clara? Wtf!  1m ⏱ ⊛

here's all i know... i was 73.202.58.200 and
i made edits Nov 27 to your page
(removing Cher from silenced no more) &
Cher's page (removing some stuff) and the
admin thanked me for "quality edits" and
then my entire IP was blocked saying i was
a web host. i tried appealing and they
denied. so i can't even edit wiki now  Now ⏱

im also fairly certain SquareInARoundHole
is Cher                              Now ⏱

+    New Message    ▱  ◎  🎤



10:41

**Ashley Gjøvik**
⏱ 2w

> I have no clue. What's weird is the IP address is in Santa Clara? Wtf! 5m

here's all i know... i was 73.202.58.200 and i made edits Nov 27 to your page (removing Cher from silenced no more) & Cher's page (removing some stuff) and the admin thanked me for "quality edits" and then my entire IP was blocked saying i was a web host. i tried appealing and they denied. so i can't even edit wiki now 4m 👍

im also fairly certain SquareInARoundHole is Cher 4m

yeah that IP was me 4m 👍

> But this new account isn't yours? The one trying to remove me as a cosponsor? It's the most verifiable thing about my work on the bill. Lol 3m

lol wtf would i do that 3m

no that's not me 3m

look at those time stamps too, i'm not even alive at 4am 2m

> They should make a correction about t... sock link. It's weird shit

New Message



10:47

**Ashley Gjøvik**
◔ 2w

Today

yeah and if it count for anything my edits wre just trying to keep you the focus   1m ⓘ

https://en.wikipedia.org/w/index.php?title=Ifeoma_Ozoma&type=revision&diff=1057458728&oldid=1057395148   1m ⓘ

i think the only reason the Cher account say my IP was connected to the others is apparently they were trying to keep Cher profiles out of your page   1m ⓘ

Probably best to just not edit anything anymore.   Now ⓘ ⊘

well i literally cant   Now ⓘ

> **Ashley Gjøvik**
> i think the only reason the Cher account say my IP was connected to the others is appare...

?? I'm not following   Now ⓘ ⊘

my entire IP was blocked   Now ⓘ

ade by *Thistechworkertoo*, *potential* d co-sponsor are correct per citation   Now ⓘ

＋   New Message   ◰ ◎ 🎤



10:45

**Ashley Gjøvik**
2w

Today

I literally only know how to read Wikipedia lmao
3m

i can made basic edits, but that's it   3m

well i used to be able to   3m

before Cher blocked my IP   3m

I'm not sure how blocking works.   2m

someone apparenlty flagged my account saying i was a webhost or bot   1m

after only like 5hrs of editing   1m

5hrs of editing that happened to remove Cher from shit   1m

who knows   1m

back to you though, wtf   Now

Indeed. Anyway, looks like editors have gone back and made clear that I was in fact a cosponsor, as the Senator has said on multiple occasions this year. Lol
Now

Thank god for extensive documentation.
Now

👍

New Message



**Ashley Gjøvik**
⟳ 2w

Today

enced No More Act ===

AlongOzoma with co-sponsored{{Efn|Although the
sponsors of proposed legislation normally are legislato
rs, in

👤 SquareInARoundHole

107
EDITS

1m

oh like a duplicate account for the same
person or whatever
1m

**Wikipedia:Sockpuppetry - Wikipedia**
en.wikipedia.org

This is what wp:sock goes to. https://
en.wikipedia.org/wiki/
Wikipedia:Sockpuppetry
1m

Right   1m

dude with everything going on on your
page, you should be interoggatting
everyone
Now

wtf is going on in your page   Now

I literally only know how to read Wikipedia
lmao
Now

i can made basic edits, but that's it   Now

well i used to be able to   Now

before Cher blocked my IP   Now

New Message



10:51

**Ashley Gjøvik**
🕐 2w

(URL) is a permanent link to this version.
Previous revision | Latest revision (diff) | New... (diff)

Today                                    3m 🕐

Squareinaroundhole=Cher    3m 🕐

I have no clue whether that's the case. All I
saw was the "tied to" for the IP address
and that raised red flags              1m 🕐 ⓒ
👍

ta Clara, CA US) showed spec
tt, so likely this particular user i
) 07:18, 2 December 2021 (UT

dude, i just removed Cher from your page
so you were the focus of your own page,
square needs to get a hobby          Now 🕐

**You**
I have no clue whether that's the case. All I
saw was the "tied to" for the IP address and...

yeah and that square(cher?) account was
the one who pointed out the IP being Santa
Clara, i get it                        Now 🕐

that was me, i think i even showed you my
edits, i'm not hiding it               Now 🕐

Gotta hop in the shower before a panel
later today but thanks for letting me know.
                                       Now 🕐 ⓒ

➕   New Message        🏷   📷   🎤



**Ashley M. Gjøvik**
@ashleygjovik

• • •

Replying to @ashleygjovik @DrakenBlkKn and @JeansSquirrel

## Also, Cher posted that today but I deleted the tweets yesterday.

## So, she's apparently doubling down on demanding I remove info & allegations about her from my federal charges, and retaliating if I don't.

## That's like the definition of 18 USC 1512 & 1513.

> 🔵 **Ashley M. Gjøvik** @ashleygjovik · Feb 5
>
> Just deleted my Tweets with public info abt Cher Scarlett's sex-offender husband & her false material statements abt her life
>
> I didn't do this due to her iogorrhea missive this morning
>
> I did it cause Apple trolls keep retweeting it
>
> I want her to stop but I REFUSE to help Apple  twitter.com/ashleygjovik/s...
>
> Show this thread



12:56 PM · Feb 6, 2022 · Twitter Web App

← **Thread**



**Ashley M. Gjøvik**
@ashleygjovik

···

Listen, I don't usually give a shit abt people's personal crap. They can handle their own bizniz

The only reason I'm exposing Cheryl Scarlett's grift is she harassed bullied & defamed me for mo's & now says shes a defense witness for Apple against me

So:



youtube.com
Lizzo - Truth Hurts (Official Video)
The official video of "Truth Hurts" by Lizzo.
Download/Stream: ...

3:52 PM · Jan 9, 2022 · Twitter Web App

ⅈⅼⅼ View Tweet activity

**13** Likes

♡ 2      ↻      ♡ 6      ⬆

---



**Ashley M. Gjøvik**
@ashleygjovik

···

So, 🍎💀 reaches out to me again yesterday at 4:04pm accusing me of war crimes again

Now, I'm like, ok, what the fuck did I post right before that got Apple's knickers in a twist?

Was it Lizzo? Nawww probably not. She's great tho

I don't even think it was a post on my own feed

3:54 AM · Jan 10, 2022 · Twitter Web App

6 Likes

♡      ↻      ♡      ⬆

Ashley M. Gjøvik @as... · Jan 10    ···
Replying to @ashleygjovik
I THINK IT WAS THIS @ .

Why?

I know a few things.

I know some people who know a lot more things.

I'm sure there's many who know way more.

There's a house of cards that could fall if people did what I said

Fuck off with the mafia shit in my DMs, Apple

twitter.com/ashleygjovik/s...



 I'd recommend someone setting up some sort of confidential dropbox where insiders from these companies can submit anonymous tips and internal



6:50

🔒 mobile.twitter.com

Search Twitter

Log in        Sign up

**Ashley M. Gjøvik**
NLRB: What kind of things was this Apple employee saying about you?

Me: (see thread) She also took a bunch of money from Apple. told the press not to cover my safety whistleblowing, threatened my friends, & said she'll testify against me to help Apple.

NLRB: [has a seizure]

**Ashley M. Gjøvik**
"Didn't Ashley leak IP? And I don't know her "cases." The only news of them comes from her own reports. I'll believe any of this when there's actual coverage that doesn't seem to just be a narcissistic grifter creating news about herself for attention." -Cher

Show this thread

**Ashley M. Gjøvik**
Things have been very quiet for several days now. First week without harassment &



7:19

🔒 mobile.twitter.com

Search Twitter

Log in          Sign up

**Ashley M. Gjøvik**
@ashleygjovik

One of Apple's comms to me (above) alluded they mailed me the severed head of one of my loved ones.

Today, an ex-Apple Global Security employee publicly posted, in support of Apple, she hired someone to track me down & physically hand me something, likely at my home.

2022 sux.

5:15 PM · Feb 5, 2022 · Twitter Web App

5 Likes

 **Cher Scarlett**
@cherthedev

                                              ⋯

And now I'm backed into a corner that the only way to protect information that is pointlessly being published and/or re-published with what I can reasonably assume is malicious intent to follow through on the service of an anti-harassment order from another state.

11:40 AM · Feb 5, 2022 · Twitter Web App

**From:** no-reply@weebly.com
**Subject:** New Form Entry: Contact Form
**Date:** February 5, 2022 at 9:58 AM
**To:** ashleymgjovik@protonmail.com



You've just received a new submission to your Contact Form.

Mark as Spam

## Submitted Information:

**Name**
Cher Scarlett

**Email**
me@cher.dev

**Website**

**Business, Institution, or Coalition**

**Message**
This is a last resort, not a block evasion.

I am reaching out in good faith in the hopes that we can resolve this conflict between us for the good of others, and each other. I will address some of the things I've seen/heard first. I do not wish to escalate, which is why I haven't participated.

I apologize for how my actions have made you feel. That does not justify your behavior.

Please remove my tweets that cannot be reasonably justified to be connected to you from your January NLRB memo, including medical information and information about my family. Please also remove your tweets that contain my former legal name. You are aware that it was changed for safety reasons, and I spent a long time ensuring they weren't connected anywhere.

1) I am not testifying against you, nor on Apple's behalf. I wouldn't do that unless I was subpoenaed, and I don't believe they would have me do that, because cross-examination would allow me to answer questions that would discuss their culture of surveillance.

I am named in their defense, which I was only informed of as a courtesy. I am upset by it, given what I've been through, which is why I mentioned it.

2) I have lied about my education in the past, and my role, tried to hide my gender, and invented whole companies. I had an infant, was making poverty wages at multiple hourly jobs, and I was trying to survive. I did what I needed to do, including enrolling in college multiple times and withdrawing for the students loans.

This is something I've talked openly about for several years in my advocacy against gatekeeping and sexism in tech, and the realities that not everyone in tech is rich. I was also on food stamps until I was almost 30 years old because of my low income, and my kid's dad never paid child support.

I've been very open about my past, going far beyond that. I WaPo did a very thorough background check on me and it would have taken more than the limit of 2,000 words to disclose everything. They

chose to disclose the check fraud because it was the most extreme and fewest words.

3) Yes, I am a single parent. My marital status has been public -- I literally posted about when it happened. I've been separated since last July. I have never lived with my husband, and I don't live with him now. I am, however, supporting his household and my own while he works on his career, and makes very meager wages as a laborer. Our relationship is extremely unhealthy and I'm not ready to talk about any of it to the public, so I post occasional happy moments in trying to work on that relationship.

Do you think a parent who has a live-in partner and two incomes is a "single parent"? The point is the financial strain, not whether or not you are married. I don't get child support from my ex. My husband's kids' moms are strung out and can't help financially.

I qualify for food stamps. Does that tell you anything?

I am asking you to please remove his personal information from your Twitter, your NLRB charge, and anywhere else. His criminal history is literally no one's business. He's done his time. He also comes from an abusive home in poverty full of drugs and alcohol. The incident that happened when he was 12 years old was a manifest injustice in which he was also a VICTIM to an ADULT who got found "not guilty" in a trial and all of the information about what that adult did was stricken from my husband's case. We've been working with a program in our county to get it all fixed -- which is why we got married, because it's traumatic for him and legally, I can speak to his FREE attorney on his behalf to keep everything moving forward.

His life was destroyed by a new judge, and he was institutionalized as a child until he was 18. That same judge got us into the program. Words on a piece of paper with no context don't tell you what happened. It is deplorable for you to tell anyone's story based on what you "think" is public and fact.

4) I never called you "a racist". I said you tweeted something racist, "Pulling the race card", and spoke to you about it in a very diplomatic way. I also didn't care for the way you reacted to criticism over it, but still gave you advice on how to learn and grow from it as a friend.

5) Not all of my generalization tweets are about you. Most of them are not about you. While the GFM tweet happened at the same time as yours, there were multiple retail workers who came to me about yours the day you posted it extremely uncomfortable with the fact that you had posted very recently that you made almost $400,000 the year prior and spoke frankly about your financial comfort. The next day, another GFM popped up that was also asking for financial help without a clear use from someone from a place of financial privilege. I never told anyone not to donate to you. I wouldn't do that.

I stand by what I said -- and most of my followers and your followers do not cross over. GFM donations are not taxable. You made it very clear you had a lot of savings and had no financial motivations.

The Simpsons gif was not calling you a child. You are principal Skinner in that reference.

And "eject from amplification" means I blocked you. The tool I have for amplification is Twitter algorithms.

6) That brings me to my next point. I never told the press not to talk to you. You harassed a bunch of journalists using your Twitter account. Why on earth you thought it was somehow my doing, and not a consequence of your own actions is beyond me. My CNBC segment was live. There was no conversation before or after. I didn't even get to prepare, let alone have time to name drop you so they wouldn't talk to you. I didn't even know you were planning to speak with them. We weren't talking anymore at that point.

Even if I wanted to write you out, I don't have the power to do that. I only corrected misinformation, which honestly, I thought I was doing for your benefit. I am worried about what will happen to your mental health if any of your cases are dismissed due to any impropriety. I imagine you were told what I was told when I asked why they weren't covering the EPA stuff - there was absolutely no corroborating evidence and there were questions that couldn't be answered. The ones I spoke to about it were extremely disappointed that there wasn't anything they could write about yet.

You also convinced Chelsey I was trying to erase her from press coverage and the work. I literally talked about her every single time someone asked me about the WA bills, even though I had no idea what work she had done. The piece about Ifeoma was about her impact, not about the WA bill. Chelsey made it super clear she had been working with the senator on NDA law prior to Silenced No More Act. I invited her in to every single thing I was doing once I became aware of her. I talked about her on a podcast that she didn't even know about. I tried to get HER coverage for the EAP bill.

7) While I initially said you lied about being "suspended", though not publicly and to less than FIVE people, I never called you a liar. Those tweets were NOT about you. I was extremely bothered by the fact that you told me you discovered it was an adverse action, and started saying you were suspended.

instead of that you felt forced into requesting the leave. You were never suspended from access to systems, though I do believe you were discouraged from using Slack and communicating with coworkers. I was told not to, and punished for doing it anyway.

I also never argued it wasn't indefinite. They didn't give it an end-date, which is the definition of indefinite.

I also stopped feeling that you were being purposefully dishonest, and empathize with what you were going through because of the situation you were in.

7) I added you to the AppleToo piece as a peace offering. I did not believe you would be okay with being left out. That being said, I'm sorry I picked something you didn't like. I also don't follow you on Twitter... we've blocked each other. You seem to remember me saying I have a shadow account. I don't. I told you I looked at Twitter in private browsing mode to see what trolls/harassers were saying in the past who blocked me back, but that I stopped doing it because ultimately what they want is attention.

The ordering was random, and I had no idea you had a trigger with the article. I essentially know nothing about your past. I have a lot of suicide in my family and I take those things seriously. I made sure you weren't next to a person you didn't like, and didn't do much beyond that.

Also, it wasn't a "rank and file" rating. I only numbered them to show how many they were as a count. Because it's A LOT.

When I said we "connected over your legal expertise" I didn't say you "gave me law advice". Once again, it was a peace offering. Rather than sharing that I felt like you were dismissive of vulnerable people, I pointed to why I re-engaged with you after that, and yes, it was your knowledge about the law. I trusted you on it, and not because I was taking legal advise, but because you helped me navigate to important parts of law that I wouldn't have known about, and told me I could ask for things of a lawyer I didn't know I could ask for. It was a COMPLIMENT.

8) Yes, I reported you to the FBI. I was in a terrible place mentally, had relapsed, and you were posting private/personal information about me because you thought I was testifying against you and just to do me harm, and I was BEGGING you to stop via Melissa, and you took it upon yourself to try to capitalize on my distress by finding a way to make a material gain via GFM and Twitter. It's abusive, Ashley. And another government agency with insight into this suggested I report it to the FBI because they believe what you did was a federal crime.

My family is now being harassed because of you. You didn't block out my mother's name on your post about her, and her facebook is not locked down, and she has my daughter and the rest of my family members on display.

Please remove the images of my facebook, my mother's facebook, and any other of my family's social media accounts.

And btw, saying because in the ONE family photo we have from 1989 (which is absent a fucking FATHER, btw) my mom is wearing makeup is such an offensive, classist remark. Poor people can wear makeup. They can also purchase a used ottoman with tassels at 60 years old. Poor people don't need to be resigned to having nothing. They also tend to treat themselves when they get a bit of money because barely surviving is MISERABLE.

I happen to eat at TV trays because I can't afford a dining room table and chairs. My mom had those things.

Also, she was an administrative assistant at construction companies, she didn't "sling concrete". The people who did that made way more money than she did and they were in a union.

9) It is my opinion that your retaliatory discharge is hard to prove because the onus on Apple is only to prove that they would have fired you anyway. Given our text exchange, I don't believe it is. I do apologize for talking about it on Blind and sharing my opinion there, but that is not a crime and it wasn't due to Apple's culture or being some kind of controlled opposition. When I said to you, "oh so you're just in full-on fuck it mode," I was communicating this very thing to you. Did I report you for it at that time? No. Not because I didn't believe it was an IP leak (there were internal documents of unreleased tools), but because you believed it was invasive and an example of surveillance culture at the company.

When you started saying you did NOT leak IP and saying it was because of photos you took of yourself on your phone, I was confused, because you seemed to be pretty well aware of what you were doing when you sent all those documents to Zoe and stood by it.

When I said to Dawn I could get behind you saying you believed it was a PROTECTED leak, but not

When I said to Dawn I could get behind you saying you believed it was a PROTECTED leak, but not that it didn't happen, I wasn't talking about TO ME. I was talking about publicly. I was literally saying if you said the same thing to the press and on Twitter you had said to me I would have been supportive. I couldn't support what you were doing.

I also wanted to warn her that what you told me was different than what you told her. Because it was. You told me they declined both of your asks in July to be placed in a new position on another team and your paid exit. You told me that I should tell my lawyer I'm not willing to sign an NDA, and that that was your plan. You also told me MORE THAN ONCE about the no lawyer would take you unless you got fired. Once was in the text you shared, the other was when you were SCREAMING at me on FaceTime because you were upset about the Signal group criticizing your behavior and motivations. I had said that we were in far more privileged places than others -- both because we're white and cisgender, and me for my career tenure; you for your savings. You were extremely upset and worried by the idea of tying our issues together, and being associated with unionizing and Corey Moll, even telling the Signal group that your moral character examination could be at risk.

10) My outing myself as the confidential source and SEC whistleblower was not "self-sabotage" in the way you think it was. There needed to be something on the public record so that shareholders had the ability to either vote, or sue over the no-action. SEC tips are not public. In order for journalists to write about this, they needed 5+ NDAs "anonymously on background". One journalist accomplished that, with my confidentiality in tact, and a story was written and scheduled. After editing, the story got canned because it was "no longer news". Do you know whose AppleInsider piece on a whistleblower tip which contained absolutely no material information shareholders could use caused that? Yours. No one was willing to give their NDAs to yet another journalist who might publish. No one was willing to go on the record. I sacrificed my severance, COBRA, and attorney's fees so that the public would have actual evidence of the clauses.

11) I did not report any harassment to Twitter from you except yours to me. I did not say who I alerted, I just said "them". Implying that people are trying to have you assassinated or cause you to kill yourself, me included, is extremely harmful, and I alerted APPLE about the chain of tweets involved in doing so. I was criticizing both Apple and Twitter for applying the rules to the tweets about the men and current employees, but not the tweets about me and my family which fell under the SAME rules. I deleted the tweets because a dozen people who DID report them to Twitter got notice they were deleted. They didn't realize it didn't include the ones of me and my family, and I wrongly assumed they checked.

12) I blocked Kate and JeansSquirrel or whatever because both of them were amplifying harassment, including actual defamation, of me. I also told that to Kate, who I only unblocked to ask to stop punching down on the other hundreds of Apple employees involved in organizing because I'm helping them.

13) I have stood up for you repeatedly. Even IN some of the threads you claim are me harassing you. It's extremely frustrating to watch you try to make something true because you think it is, but I guess this is the kind of thing that will make you a good lawyer.

Even in one of the posts you claim is discrimination because you... don't have kids... I said I was WORRIED for you. I am. I was saying you'd be fine financially because YOU TOLD ME you had plenty of savings to weather the storm. You also told the entire internet that on Twitter when you patted yourself on the back for how smart you'd been about saving and investing. You cut out the context that made it clear I was saying you'd be fine financially, which sure, I shouldn't have shared my opinion on Blind, but frankly, I was sick of being attacked because of your behavior in spite of my own being very different.

I feel that you have been treated terribly by Apple, and in spite of my personal issues with you, I want you to have justice, not only for the common good, but because having a government body hold an abusive corporation accountable is validating and therapeutic. The DFEH lawsuit against Blizzard changed me in a very good way.

-----

I'm sure there's plenty more things that are mixed in there but the main take aways are:

1) I hope you get justice
2) I apologize for sharing my personal opinion about the difficulty in proving your case, and sharing that you leaked internal docs/IP
3) I apologize for sharing my personal opinion that you would be fine financially
4) You need to delete the posts about my family and those that contain my previous legal name
5) You need to delete my tweets from your memo that contain personal information about me and my family, including my previous legal name, my medical information, any and all things pertaining to my family
6) You need to remove all assertions that I am accounts trolling you

Sincerely,
Cher

**Are you looking for a response?**
No reply required

# [18] Questions from Rachel at Mashable



On Aug 27, 2021, at 4:43 PM, Rachel Kraus <rkraus@mashable.com> wrote:

Hey Ashley, thanks for responding to me earlier. As I mentioned, the scope of this article will be about the online harassment you, Cher, and other Apple employees who are speaking out against the company are facing online (so far, I have seen Twitter and Blind).

### 1) Since the beginning of 2021 since you started speaking publicly about Apple workplace abuses, have you faced vitriol online? If so, on which platforms?

The 1st Amendment bestows upon us many gifts as well as challenges. I can speak about my experiences and people are free to respond mostly how ever they'd like — and that's by design. I accepted this risk when I decided to speak out.

When I partnered with Mashable in 2013 as a lead volunteer in drafting the first "Digital Bill of Rights, I advocated for free speech & the ability to remain anonymous online, and I still do. When we speak out, we know not everyone will agree with us and that's okay. As long as people want to debate in good faith, even anonymously, I'm all for it.

Since I've spoken out about Apple, I've been met overwhelmingly with support from current & past collogues, the press, and the public. I also have many friends who are senior leaders at Apple who continue to support me through all of this.

Beyond a few suspiciously overly-invested trolls, any conflict I've faced online seems to be rooted in folks simply trying to understand my story & motives, and trying to reckon with challenging their perspectives of a highly respected company with deep brand loyalty. Many stray remarks seem to be rooted in cognitive dissonance.

 **Ashley M. Gjøvik**
@ashleygjovik

···

This one deserves some kind of spotlight.  

ne work with Ashley G_ - Blind.pdf

cher 🍵

Unfortunately she leaked IP so the retaliatory discharge will
be a tough one to prove. She also is now saying she was
suspended and that's not true. I'm concerned for her, but she
made a lot of money and has no dependents. She's almost
done with her law degree. She will be fine.

Sep 26      5

4:27 PM · Dec 3, 2021 · Twitter Web App

 **Ashley M. Gjøvik**
@ashleygjovik

Besides the facts that I didn't leak IP & that I was forced on leave, discrimination against someone based on whether they have children or not is discrimination based on sex. If she was an employer, that statement would violate EEOC/Title VII

4:34 PM · Dec 3, 2021 · Twitter Web App



**Ashley M. Gjøvik**
@ashleygjovik

Also, if Cher really thought I leaked IP, why didn't she report me to Apple Global Security (her team) in the ten days she knew exactly what would be in that Verge article before it was published.



4:59 PM · Dec 3, 2021 · Twitter Web App

**Cher Scarlett** @cherthedev · 10h
What case is this from?

♡ 1          ↻          ♡ 1          ⬆          ⅰⅼⅰ

**Ashley M. Gjøvik** @ashleygjovik · 10h
I don't want to identify her. This is incredibly recent & she's been through enough already. I know her. We were friends & used to go out drinking when I joined that team. But she disappeared & I never heard from her again. Now I know why.

♡ 1          ↻ 2          ♡ 6          ⬆

**Cher Scarlett** @cherthedev · 10h
I assumed this was a public case, wasn't trying to out anyone!

♡ 1          ↻          ♡ 3          ⬆          ⅰⅼⅰ

**Ashley M. Gjøvik** @ashleygjovik · 10h
I would like to please request to protect her identify from this broad of a forum w/out her consent, even if the case itself is public.
Anyhow, @Apple & @tim_cook know EXACTLY which case this is. Now we definitely know why I haven't been fired yet.

♡ 1          ↻          ♡ 7          ⬆

**Cher Scarlett** @cherthedev · 10h
Don't you think people are going to look for this case now that you posted it?

♡ 1          ↻          ♡ 2          ⬆          ⅰⅼⅰ

**Ashley M. Gjøvik** @ashleygjovik · 10h
I have no control over anyone but myself. But I did say please. The more you bring this up, the more likely it is they will though. So please, let's not.

♡ 2          ↻          ♡ 2          ⬆

**Cher Scarlett** @cherthedev · 10h
Honestly, you responding to me in the way you did here felt really aggressive and presumptuous as if I was going to look into it, discover who it was, and out them. I don't particularly understand why you would imply I was going to do that, when I stated I wasn't.

♡ 1          ↻          ♡ 6          ⬆          ⅰⅼⅰ

**Sal** @0Sal9000 · 9h
You asked her to name the person, she repeatedly declined. Hardly aggressive

♡ 2          ↻          ♡ 2          ⬆



 **Ashley Gjovik** ˅

 Ashley Gjovik (deactivated) (she/her/hers)    Tip: Try ⌘ F to search this channel  ×
Ashley Gjovik
Sr EPM, Product Integrity, HWE

This is the very beginning of your direct message history with @Ashley Gjovik. Only the two of you are in this conversation, and no one else can join it. Learn more

Wednesday, June 16th ˅

 **Ashley Gjovik**  1:58 PM
Hi Cher! I hope you're well. I just wanted to reach out and say we miss you and hope we can keep working together. I feel really bad i had to deliver some messages that might have seemed very different than previous conversations without having time for us to get together and really talk it out. You brought up concerns that i would have really preferred to get on a WebEx and really dig into -- but we were in such a time crunch. Maybe if you're open to it though we could still do a video or call and get to know each other? And see how we can support each other? You seem super cool & i'm very impressed by your courage in speaking up for others.

EMPLOYMENT DEVELOPMENT DEPT
UI CENTER ANAHEIM
P.O. BOX 66000
ANAHEIM          CA 92816-6000



Employment
Development
Department
State of California

N O T I C E    O F    D E T E R M I N A T I O N

DATE MAILED          02/04/22
BENEFIT YEAR BEGAN 09/05/21

A M GJOVIK

EDD TELEPHONE NUMBERS:
ENGLISH        1-800-300-5616
SPANISH        1-800-326-8937
CANTONESE      1-800-547-3506
MANDARIN       1-866-303-0706
VIETNAMESE     1-800-547-2058
TTY            1-800-815-9387

FOR OFFICE USE ONLY

YOU ARE NOT ELIGIBLE TO RECEIVE BENEFITS UNDER CALIFORNIA UNEMPLOYMENT
INSURANCE CODE SECTION 1256 BEGINNING 09/05/21 AND CONTINUING UNTIL YOU
RETURN TO WORK AFTER THE DISQUALIFYING ACT AND EARN $2250.00 OR MORE IN
BONA FIDE EMPLOYMENT, AND YOU CONTACT THE ABOVE OFFICE TO REOPEN YOUR
CLAIM.

YOU WERE DISCHARGED FROM YOUR LAST JOB WITH APPLE INC. BECAUSE YOU BROKE A
REASONABLE EMPLOYER RULE.  AFTER CONSIDERING THE AVAILABLE INFORMATION,
THE DEPARTMENT FINDS THAT YOU DO NOT MEET THE LEGAL REQUIREMENTS FOR
PAYMENT OF BENEFITS.  SECTION 1256 PROVIDES - AN INDIVIDUAL IS DISQUALIFIED
IF THE DEPARTMENT FINDS HE VOLUNTARILY QUIT HIS MOST RECENT WORK WITHOUT
GOOD CAUSE OR WAS DISCHARGED FOR MISCONDUCT FROM HIS MOST RECENT WORK.
SECTION 1260A PROVIDES - AN INDIVIDUAL DISQUALIFIED UNDER SECTION 1256 IS
DISQUALIFIED UNTIL HE/SHE, SUBSEQUENT TO THE DISQUALIFYING ACT, PERFORMS
SERVICES IN BONA FIDE EMPLOYMENT FOR WHICH HE/SHE RECEIVES REMUNERATION
EQUAL TO OR IN EXCESS OF FIVE TIMES HIS OR HER WEEKLY BENEFIT AMOUNT.

IN THE SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

STATE OF WASHINGTON,      )
                                )   Case No. 99-8-01423-7 SEA
               Petitioner,  )
                                )   ORDER RE: SEALING RECORDS OF
    vs.                        )   JUVENILE OFFENDER
                                )
David John Reimers,         )
                                )
D.O.B. 04/26/83             )
                                )
             Respondent, )

## I. Findings

Respondent has satisfied the requirements of RCW 13.50.260 and is entitled to have sealed the official juvenile court record, the social file, and the records of the court and of any other agency in the case.

## II. Order

Based on the above findings, it is hereby ordered that the files and records in this case shall be sealed as follows:

The court grants the motion to seal pursuant to RCW 13.50.26. Pursuant to this order:

    1.  With the exception of identifying information specified in RCW 13.50.050(13), the official juvenile court record, the social file, and other records related to the case as are named herein are sealed;

ORDER SEALING RECORDS
OF JUVENILE OFFENDER - 1

**Matt Sanders**
King County Dept. of Public Defense – ACA Div.
1401 E. Jefferson
Seattle, WA 98122
Phone: (206) 477-9025

ORIGINAL

2. The proceedings in the case shall be treated as if they never occurred and the subject of the records may reply accordingly to any inquiry about the events, the records of which are sealed. However, county clerks may interact with the respondent, respondent's parents, and any holders of potential assets or wages of the respondent for purposes of collecting any outstanding legal financial obligations evens after juvenile court records have been sealed;

3. Any agency shall reply to any inquiry concerning confidential or sealed records that records are confidential, and no information can be given about the existence or nonexistence of records concerning an individual;

4. Inspection of the files and records included in this order may only be permitted by order of the court and upon motion made by the person who is the subject of the information and complaint, except as otherwise provided in RCW 12.50.010(8) and RCW 12.50.050(13);

5. Any adjudication of a juvenile offense or a crime subsequent to sealing has the effect of nullifying this order; however, the court may order this case resealed upon disposition of the subsequent matter if the case meets the sealing criteria under RCW 13.50.260 and the case has not previously been resealed;

6. Any charging of an adult felony subsequent to this order has the effect of nullifying this order;

7. Any data related to non-conviction ("non-charge") shall be sealed and the charge(s) vacated;

8. Any associated judgement shall be sealed and identifying information sealed.

9. Furthermore, the court will grant petitioner two certified copies of the order from the clerk's office, free of charge.

DONE IN OPEN COURT this ____ day of February 2022.

ORDER SEALING RECORDS
OF JUVENILE OFFENDER - 2

**Matt Sanders**
King County Dept. of Public Defense – ACA Div.
1401 E. Jefferson
Seattle, WA 98122
Phone: (206) 477-9025

Judge/~~Commissioner~~ Averil Rothrock

/s/ Matt Sanders

Matthew James Sanders, WSBA 45634
Attorney for Respondent

Deputy Prosecuting Attorney   #29460

ORDER SEALING RECORDS
OF JUVENILE OFFENDER - 3

**Matt Sanders**
King County Dept. of Public Defense — ACA Div.
1401 E. Jefferson
Seattle, WA 98122
Phone: (206) 477-9025

**Superior Court of Washington**
**County of King**

| | |
|---|---|
| David Reimers | **Juvenile Case No:** <u>99–8–01423–7 SEA</u> |
| _____ | |
| Petitioner | **Order Granting Relief from Duty to** |
|             04/26/1983 | **Register pursuant to RCW** |
| DOB _____ | **9A.44.143.** |
| | |
| vs. | |
| _____ | |
| Prosecuting Attorney of King County | |

## I. Findings

The Court, having reviewed the petition, the relevant court records, and testimony, if any, and makes the following findings:

**Basis to Grant Relief from Registration**

**A.**    **Adjudication in Juvenile Court - RCW 9A.44.143:**

**[ ]**    **Class "A" Felony at Age 15 or Older:**  The petitioner was required to register for class "A" felony sex or kidnapping offense(s) committed when the petitioner was 15 years of age or older, and:

- at least 60 months (5 years) have passed since petitioner's adjudication and release from confinement, whichever is later, and he or she has not been adjudicated or convicted of a sex offense, a kidnapping offense, or for failure to register during that time;
- is not otherwise prohibited by any provision in RCW 9A.44.143 from being relieved of his or her duty to register within the state of Washington;
- has proven by at least a preponderance of evidence that he or she is sufficiently rehabilitated to warrant removal from the central registry of sex and kidapping offenders.

**[ X ]**    **Class "A" Felony Under Age 15 or Any Other Type:**  The petitioner was required to register for class "A" felony sex or kidnapping offense(s) committed when the petitioner was 14 years old or younger; or, sex or kidnapping offense(s), other than a class "A" felony offense, committed when the petitioner was 17 years of age or younger, and:

- at least 24 months (2 years) have passed since petitioner's adjudication and release from confinement, whichever is later, and he or she has not been adjudicated or



convicted of a sex offense, a kidnapping offense, or for failure to register during that time;

- is not otherwise prohibited by any provision in RCW 9A.44.143 from being relieved of his or her duty to register within the state of Washington;

- has proven by at least a preponderance of evidence that he or she is sufficiently rehabilitated to warrant removal from the central registry of sex and kidapping offenders.

**Basis to Grant Exemption from Community Notification**

[ ]  **Exemption from Community Notification Requirements:** The petitioner is not eligible to be relieved from the duty to register. The petitioner has been in the community without being convicted of a disqualifying offense for 15 years after the later of the entry of the judgment and sentence or the last date of release from confinement, including full-time residential treatment, pursuant to the conviction. The petitioner should be exempted from any community notification requirements to which he or she is subject.

**Basis to Deny Petition**

[ ]  The petitioner is not eligible for the relief requested because:

_____
_____
_____
_____

## II. Order

[ ]  The petition is denied.

[ X ]  The petitioner is relieved of his or her duty to register in the state of Washington as a [ X ] sex offender [ ] kidnapping offender under RCW 9A.44.130.   *see: oral record*

[ ]  The petitioner is exempt from any community notification requirements to which he or she may be subject in the state of Washington.

*Court incorporates its balancing and weighing of the factors on the record and materials reviewed.*

Dated: _12/28/21_          *Averil Rothrock*
                           Judge/Commissioner       **Averil Rothrock**

/s/ Matt Sanders          _____
Matt Sanders, WSBA No. 45634       Signature of Prosecuting Attorney  *46477*
Attorney for Petitioner

A certified copy of this order can be mailed to the Washington State Patrol, Sex Offender Registry, P.O. Box 42633, Olympia, WA 98504-2633, and to the Sheriff of the County where petitioning party was required to register.



**Ashley M. Gjøvik**
@ashleygjovik

•••

Replying to @ashleygjovik and @mel_nayer

At the time, I thought this was an earnest concern, and I responded as such. It's still a solid point, but now with everything else you've done, this feels like "LET'S PLACE THE RACE CARD. PLAY IT NOW!"



**mel nayer** @mel_nayer · Aug 19

I am following/supporting her. I can't help to think though, that if #AshleyGjovik were Black Apple would have fired her weeks ago. White women, even when they are victims of workplace abuse, are treated with a level of privilege.

💬 1          ⇄          ♡          ⬆

8:43 AM · Aug 22, 2021 · Twitter Web App

8:27





Ashley

So I do want to say that the point she made there is legitimate

We do have a lot of privilege which is why it's important that we speak out

I think your comment there may put you in a precarious position and I think you might want to get ahead of it

It could hurt your entire position

And obviously I don't think any of her other claims are legitimate, and even if that one is disingenuous– it's still valid and one thing I've learned is that you have to validate real concerns like that even when they are from bad actors

Sun, Aug 22, 12:50 PM

Im sorry I hung up, you only wanted to help, im feeling very very very raw right now

But I did post more apologies

And will sit with this

I fucked up regardless of context

  Text Message

      

9:16





Ashley >

Sun, Aug 22, 12:50 PM

Im sorry I hung up, you only wanted to help, im feeling very very very raw right now

But I did post more apologies

And will sit with this

I fucked up regardless of context

But also JFC I gave her exactly what she wanted



Annnnnd I think about to be fired from being the ACLU DEI director at my law school





6:26

1

Ashley >

8 Photos

**Data Sources**

Biometric Kit

**Messages**

Messages

is this an internal application

Glimmer is an app auto installed on internal builds

That captures Face ID

Success/failure/errors

Auto captures pics whenever Face ID is triggered

**Using Glimmer**

Text Message

Pay

